# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CIENA CORPORATION, <br><br> Defendant. | Case No. 4:20-cv-02354-JSW <br><br> **SCHEDULING ORDER** |

The Court has received and considered the parties' case management statement, and it VACATES the case management conference scheduled for August 7, 2020. The Court adopts the following deadlines:

| Event | Date |
|---|---|
| Exchange Initial Disclosures | August 21, 2020 |
| Serve Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1, 3-2) | September 4, 2020 |
| Serve Invalidity Contentions (Patent L.R. 3-3, 3-4) | October 19, 2020 |
| Exchange proposed claim terms for construction (Patent L.R. 4-1) | November 2, 2020 |
| Exchange preliminary claim constructions (Patent L.R. 4-2) | November 23, 2020 |
| File damages contentions (Patent L.R. 3-8) | December 8, 2020 |
| File joint claim construction statement (Patent L.R. 4-3) | December 18, 2020 |

| | |
|---|---|
| File responsive damages contentions (Patent L.R. 3-9) | January 7, 2021 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | January 18, 2021 |
| Opening claim construction brief (Patent L.R. 4-5(a)) | February 1, 2021 |
| Responsive claim construction brief (Patent L.R. 4-5(b)) | February 15, 2021 |
| Reply Claim Construction Deadline (Patent L.R. 4-5(c)) | February 22, 2021 |
| Technology Tutorial | March 11, 2021 |
| Claim Construction Hearing | March 25, 2021 |
| Advice of counsel disclosures | Claim construction ruling + 30 days |

**IT IS SO ORDERED.**

Dated:   August 4, 2020

_____
JEFFREY S. WHITE
United States District Judge

2