1  Blair M. Jacobs (admitted *pro hac vice*)
   blairjacobs@paulhastings.com
2  Christina A. Ondrick (admitted *pro hac vice*)
   christinaondrick@paulhastings.com
3  John S. Holley (admitted *pro hac vice*)
   johnholley@paulhastings.com
4  PAUL HASTINGS LLP
   2050 M Street NW
5  Washington, DC 20036
   Telephone:  (202) 551-1700
6  Facsimile:  (202) 551-1705

7  Attorneys for Defendant

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | OYSTER OPTICS, LLC,            | CASE NO. 4:20-cv-02354-JSW |
12 |       Plaintiff,               | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
13 |    vs.                         |  |
14 | CIENA CORPORATION,             |  |
15 |       Defendant.               |  |

1 | Pursuant to Civil L.R. 6-1 and 6-2, Oyster Optics, LLC ("Oyster") and Ciena Corporation
2 | ("Ciena") file this Stipulation requesting that the deadline to file the Joint Claim Construction
3 | Statement be extended.  This request is supported by the attached Declaration of Blair M. Jacobs.
4 | NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
5 | parties that:
6 | 1. The time to file a Joint Claim Construction Statement shall be extended from
7 | December 18, 2020 to December 28, 2020.
8 | IT IS SO STIPULATED.

Dated:  December 17, 2020

By: */s/ Paul A. Kroeger*
    Marc A. Fenster (CA BN 181067
    mfenster@raklaw.com
    Paul A. Kroeger (CA BN 229074)
    pkroeger@raklaw.com
    Reza Mirzaie (CA BN 246953)
    rmirzaie@raklaw.com
    RUSS, AUGUST & KABAT
    12424 Wilshire Boulevard, 12th Floor
    Los Angeles, California 90025
    Telephone: (310) 826-7474
    Facsimile: (310) 826-6991

By: */s/ Blair M. Jacobs*
    Blair M. Jacobs
    blairjacobs@paulhastings.com
    Christina A. Ondrick
    christinaondrick@paulhastings.com
    John S. Holley
    johnholley@paulhastings.com
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, DC  20036
    Telephone:  (202) 551-1700
    Facsimile: (202) 551-1705

    Thomas A. Counts (CA BN 148051)
    tomcounts@paulhastings.com
    Grant N. Margeson (CA BN 299308)
    grantmargison@paulhastings.com
    PAUL HASTINGS LLP
    101 California Street, 48th Floor
    San Francisco, CA 94111
    Telephone:  (415) 856-7000
    Facsimile: (415) 856-7116

*Attorneys for Plaintiff*
Oyster Optics, LLC

*Attorneys for Defendant*
Ciena Corporation

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Blair Jacobs, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Blair M. Jacobs*
Blair M. Jacobs

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, the foregoing was served by electronic mail to all counsel of record.

*/s/ Blair M. Jacobs*
Blair M. Jacob