RUSS, AUGUST & KABAT
Marc A. Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff Oyster Optics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, | CASE NO. 4:20-cv-02354-JSW |
| Plaintiff, | **LOCAL PATENT RULE 403 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| vs. | |
| CIENA CORPORATION, | |
| Defendant. | |

Plaintiff Oyster Optics, LLC ("Oyster") and Ciena Corporation ("Ciena") hereby jointly provide this Joint Claim Construction Chart pursuant to Local Patent Rule 4-3 and Judge White's Standing Order for Patent Cases.

## I. LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES ARE AGREED ON A CONSTRUCTION (PATENT L.R. 4-3(A).

The parties have agreed that a number of terms initially identified in their identification of terms for construction do not require construction, and narrowed the list of terms with disputed constructions to those reflected below. The parties have agreed on the constructions provided in the chart below:

| U.S. Patent 6,665,500 | |
|---|---|
| "the input data stream" ('500 Patent – cl. 2) | "the electronic data stream" |

## II. PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (PATENT L.R. 4-3(B)).

Pursuant to Patent L.R. 4-3(b), the Parties' proposed constructions of disputed terms are provided in the chart below along with the intrinsic and extrinsic evidence on which the parties intend to rely.[1]

| U.S. Patent 6,665,500 | | |
|---|---|---|
| **Claim Term/Phrase** | **Oyster's Proposed Construction** | **Ciena's Proposed Construction** |
| • "a phase modulator for phase modulating light from the light source" (claim 1)<br>• "phase modulating light from a laser" (claim 17) | "phase modulate" means "alter the phase of light to create an optical signal having a phase that is representative of data" | Claim 1, 8<br>"a device that alters the phase of light to create an optical signal having a phase that is representative of data. The phase modulator does not |

---

[1] In addition to the evidence cited by Oyster and Ciena, the parties reserve the right to use any evidence cited by the other party.

| | | |
|---|---|---|
| • phase modulate terms for dependent claims 8, 19 | **Intrinsic Evidence:** Abstract; Figs. 1 and 2; 2:41‑46, 2:63–3:11, 3:21–34, 3:46‑54, 3:57–65, 4:29–42, 5:21–24, 6:26–52, 7:12–51, 7:61-65, 8:33–41, 8:59–62, 9:11–21, 10:12–28<br>**Extrinsic Evidence:**<br>• Fiber Optics Standard Dictionary, Third Ed. (1997) at 742 ("phase modulation: Angle modulation in which the phase angle of a carrier, such as an electronic, radio, or optical carrier, is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating signal"; "optical phase modulator: An optical device that controls or varies the phase of a lightwave relative to a fixed reference or relative to another lightwave in accordance with an information bearing | perform amplitude modulation"<br>Claim 17, 19<br>"altering the phase of light to create an optical signal having a phase that is representative of data, wherein the phase modulating does not include amplitude modulating"<br>**Intrinsic Evidence**:<br>• '500 patent at 2:48-58, 3:17-20, 3:57-60, 5:44-48, 5:63-6:25, 6:40-52, 7:39-50<br>• '055 patent (incorporated by reference into the 500 patent) at 2:6-9, 2:23-39, 2:48-67, 4:41-5:9, 6:8-24<br>• PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 1-2; P.O. Response 1, 7-9.<br>• PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 6<br>**Extrinsic Evidence:**<br>• CIENA00076204-CIENA00076507 |

| | | |
|---|---|---|
| | signal.")<br><br>• The Authoritative Dictionary of IEEE Standards Terms, Seventh Ed. (2000) at 816 ("phase modulation (1) (data transmission) Angle modulation in which the angle of a carrier is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating function"). | • Snawerdt Transcript Dated August 13, 2020.<br>• Snawerdt Transcript Dated December 15, 2017. |
| • "phase-modulated optical signals" (claim 1)<br>• "phase modulated signals" (claim 16) | "phase modulate" means "alter the phase of light to create an optical signal having a phase that is representative of data"<br><br>**Intrinsic Evidence:**<br>Abstract; Figs. 1 and 2; 2:4146, 2:63–3:11, 3:21–34, 3:4654, 3:57–65, 4:29–42, 5:21–24, 6:26–52, 7:12–51, 7:6165, 8:33–41, 8:59–62, 9:11–21, 10:12–28<br><br>**Extrinsic Evidence:**<br>• Fiber Optics Standard | "optical signals having a phase that is representative of data. The amplitude of the optical signals is not representative of data"<br><br>**Intrinsic Evidence**:<br>• '500 patent at 2:48-58, 3:17-20, 3:57-60, 5:44-48, 5:63-6:25, 6:40-52, 7:39-50<br>• '055 patent (incorporated by reference into the 500 patent) at 2:6-9, 2:23-39, 2:48-67, 4:41-5:9, 6:8-24<br>• PTAB-IPR2017-01720 (055 |

| | | |
|---|---|---|
| | Dictionary, Third Ed. (1997) at 742 ("phase modulation: Angle modulation in which the phase angle of a carrier, such as an electronic, radio, or optical carrier, is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating signal"; "optical phase modulator: An optical device that controls or varies the phase of a lightwave relative to a fixed reference or relative to another lightwave in accordance with an information bearing signal.")<br>• The Authoritative Dictionary of IEEE Standards Terms, Seventh Ed. (2000) at 816 ("phase modulation (1) (data transmission) Angle modulation in which the angle of a carrier is caused to depart from its reference | petition): Preliminary P.O. Response 1-2; P.O. Response 1, 7-9.<br>• PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 6<br>**Extrinsic Evidence:**<br>• CIENA00076204-CIENA00076507<br>• Snawerdt Transcript Dated August 13, 2020.<br>• Snawerdt Transcript Dated December 15, 2017. |

| | | |
|---|---|---|
| | value by an amount proportional to the instantaneous value of the modulating function"). | |
| • "amplitude-modulating the light from the laser" (claim 1)<br>• "amplitude-modulated signals" (claim 16)<br>• "amplitude modulating light from the laser" (claim 17) | "altering the amplitude of light to create an optical signal that is representative of data."<br>**Intrinsic Evidence:**<br>• '500 patent at 2:56-3:20, 3:47-65, 4:56-5:62, 6:5-19, 7:39-65<br>• In addition, Oyster incorporates by reference the intrinsic and extrinsic evidence listed above for the "phase modulate terms" | "altering the amplitude of light to create an optical signal having an amplitude that is representative of data. The use of amplitude modulation does not include phase modulation."<br>**Intrinsic Evidence:**<br>• '500 patent at 2:56-3:20, 3:47-65, 4:56-5:62, 6:5-19, 7:39-65<br>• In addition, Ciena incorporates by reference the intrinsic and extrinsic evidence listed above for the "phase modulate terms" |
| "a receiver having an interferometer" (claim 16) | "a receiver having a device that performs a measurement using the interference phenomena produced between one or more signal beams of | "A receiver having a device that splits received light into a first wave and a second wave, delays the first wave relative to the second wave, recombines the delayed first |

| | | |
|---|---|---|
| | light and one or more reference beams of light" **Intrinsic Evidence:** <br>• '500 patent at 4:44-47, 5:51-62, 6:20-39, 6:53-7:39 <br>• '055 patent at 2:57-67, 3:55-60, 4:55-60, 5:27-6:24 <br>**Extrinsic Evidence:** <br>• Handbook of Optics, 2nd. ed. vols. 1 and 2 by Optical Society Of America (1994) at ch. 2, 21. <br>• Snawerdt Transcript Dated August 13, 2020. <br>• Snawerdt Transcript Dated December 15, 2017. | wave and the second wave, and detects an intensity of the recombined waves." **Intrinsic Evidence:** <br>• '500 patent at 4:44-47, 5:51-62, 6:20-39, 6:53-7:39 <br>• '055 patent at 2:57-67, 3:55-60, 4:55-60, 5:27-6:24 <br>**Extrinsic Evidence:** <br>• Fundamentals of Photonics, Saleh, et. Al. 1991 at 66-67. <br>• Handbook of Optics, 2nd. ed. vols. 1 and 2 by Optical Society of America (1994) at ch. 2, 21. <br>• Snawerdt Transcript Dated August 13, 2020. <br>• Snawerdt Transcript Dated December 15, 2017. <br>• OYSTER 00006925-943 <br>• OYSTER 00006945-971 <br>• OYSTER 00006994-7020 |

|  |  |  |
|---|---|---|
|  |  | • OYSTER_00007200-210<br>• OYSTER_00007212-7227<br>• OYSTER_00007243-7254<br>• OYSTER_00005517 |
| "laser is directly adjacent the phase-modulator" (claim 8) | Plain and ordinary meaning<br>**Intrinsic Evidence:**<br>'500 patent at 4:61-64 | "laser is next to the phase-modulator with no component in-between"<br>**Intrinsic Evidence:**<br>'500 patent at 4:61-64 |
| **U.S. Patent No. 10,554,297** | | |
| **Claim Term/Phrase** | **Oyster's Proposed Construction** | **Ciena's Proposed Construction** |
| "an optical receiver" (Claims 1 / 17) | Plain and ordinary meaning<br>**Intrinsic Evidence:**<br>'297 patent specification. | "an optical receiver without a demodulator"<br>**Intrinsic Evidence:**<br>'297 patent specification.<br>• '898 patent file history:<br>  ○ Non Final Office Action, June 26, 2013<br>  ○ Amendment, Oct. 21, 2013 (improperly dated Feb. 5, 2013)<br>  ○ Non-Final Office Action, Dec. 31, 2013<br>  ○ Amendment, April 15, |

| | | |
|---|---|---|
| | | 2014<br>○ Final Office Action, June 18, 2014<br>○ Amendment, August 15, 2014<br>• '012 patent file history:<br>○ Non-Final Office Action, June 19, 2013<br>○ Amendment Dated October 21, 2013<br>○ Non-Final Office Action dated Dec. 31, 2013<br>• '517 patent file history:<br>○ Non-Final Office Action, May 16, 2018<br>○ Amendment, August 24, 2018 |
| • "energy level circuit" ('claim 1)<br>• "energy level detector" (claim 17) | Plain and ordinary meaning. The claim limitations are not means-plus function.<br>In the alternative, if the terms are subject to 35 U.S.C., sixth paragraph:<br>**Structure:**<br>a photodetector, an amplifier, and a comparator, or | The claim limitations "energy level circuit" and "energy level detector" invoke 35 U.S.C. § 112, sixth paragraph.<br>**Structure:**<br>a circuit on the circuit board that includes a photodetector, an amplifier, and a |

| | | |
|---|---|---|
| | equivalents thereof. *See, e.g.*, '297 patent at 2:50-51; 3:30; 3:66-67; 5:40-46; 5:51-67; 6:3-16; Fig. 3.<br><br>**Function:**<br>detecting an energy level of the optical data signal. *See, e.g.*, '297 patent at 3:30-37; 5:20-21; 5:40-46. | comparator. *See, e.g.*, '297 patent at 2:50-51; 3:30; 3:66-67; 5:40-46; 5:51-67; 6:3-16; Fig. 3 (circuit 33 having photodetector 153, amplifier 155, and comparator 156 and/or 157).<br><br>**Function:**<br>detecting an energy level of the optical data signal. *See, e.g.*, '297 patent at 3:30-37; 5:20-21; 5:40-46. |
| "control electronics to provide control signals, in accordance with the data stream, to the laser . . ." (claim 14) | Plain and ordinary meaning. The term is not indefinite and not subject to 35 U.S.C. § 112, paragraph 6.<br><br>**Intrinsic Evidence:**<br>'297 patent at 4:47-52; Fig. 2; | The claim limitation "control electronics to provide control signals, in accordance with the data stream, to the laser" invokes 35 U.S.C. § 112, sixth paragraph. The written description fails to disclose the corresponding structure, material, or acts for performing the claimed function. Therefore, the claim is indefinite.<br><br>**Structure:**<br>an electronic controller on the printed circuit board. *See,* |

| | | |
|---|---|---|
| | | *e.g.*, '297 patent at 4:47-52; Fig. 2 (showing a controller 18 powering the laser 12 and receiving a data stream 19). **Function:** The function of providing control signals, in accordance with the data stream, to the laser is not disclosed. *See, e.g.*, '297 patent at 4:47-52 (the "electronic controller 18 . . . may provide power to the laser 12.") |
| "a low pass filter coupled to an output of the photodetector" (claim 18) | Plain and ordinary meaning **Intrinsic Evidence**: '297 patent at 3:66-4:3, 4:31-34, 5:34-60, 6:29-32, 6:38-44 | a circuit that performs low pass filtering an output of the photodetector. **Intrinsic Evidence**: '297 patent at 3:66-4:3, 4:31-34, 5:34-60, 6:29-32, 6:38-44 |

**III. IDENTIFICAITON OF THE TERMS WHOSE CONSTRUCTION WILL BE MOST SIGNIFICANT TO THE RESOLUTION OF THE CASE (PATENT L.R. 4-3(C)).**

The parties have consolidate their jointly proposed terms for construction to fewer than ten disputed terms. The parties position as to the importance of the terms is set forth in the chart below.

| Claim Term/Phrase | Oyster's position as to whether the term is case or claim dispositive | Ciena's position as to whether the term is case or claim dispositive |
|---|---|---|

| | | |
|---|---|---|
| • "a phase modulator for phase modulating light from the light source" ('500 patent, claim 1)<br>• "phase modulating light from a laser" ('500 patent, claim 17)<br>• <u>phase modulate terms for dependent claims 8, 19 of the '500 patent</u> | Not case or claim dispositive. | Case dispositive |
| • <u>"phase-modulated optical signals" ('500 patent, claim 1)</u><br>• <u>"phase modulated signals" ('500 patent, claim 16)</u> | Not case or claim dispositive. | Case dispositive |
| • "amplitude-modulating the light from the laser" ('500 patent, claim 1)<br>• "amplitude-modulated signals" ('500 patent, claim 16)<br>• <u>"amplitude modulating light from the laser" ('500 patent, claim 17)</u> | Not case or claim dispositive. | Case dispositive |

| | | |
|---|---|---|
| "a receiver having an interferometer" ('500 patent, claim 16) | Not case or claim dispositive. | Claim dispositive |
| "laser is directly adjacent the phase-modulator" ('500 patent, claim 8) | Not case or claim dispositive. | Claim dispositive |
| "an optical receiver" ('297 Patent, claims 1 / 17) | Not case or claim dispositive. | Case dispositive |
| • <u>"energy level circuit"</u> <u>('297 Patent, claim 1)</u><br><br>• "energy level detector" ('297 Patent, claim 17) | Not case or claim dispositive. | Case dispositive |
| "control electronics to provide control signals, in accordance with the data stream, to the laser . . ." ('297 Patent claim 14) | Potentially claim dispositive as to indefiniteness issues only, otherwise not case or claim dispositive. | Claim dispositive |
| "a low pass filter coupled to an output of the photodetector" ('297 Patent, claim 18) | Not case or claim dispositive. | Claim dispositive |

**IV. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(D)).**

The parties anticipate that the hearing will take no longer than four hours.

**V. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(E)).**

The parties do not currently anticipate calling any witnesses.

**VI.  IDENTIFICAITON OF FACTUAL FINDINGS REQUESTED FROM THE COURT.**

The parties do not request any specific factual findings at this time.

Dated:  December 28, 2020

| By: /s/ *Paul A. Kroeger* | By: */s/ Blair M. Jacobs* |
|---|---|
| Marc A. Fenster (CA BN 181067 | Blair M. Jacobs |
| mfenster@raklaw.com | blairjacobs@paulhastings.com |
| Paul A. Kroeger (CA BN 229074) | Christina A. Ondrick |
| pkroeger@raklaw.com | christinaondrick@paulhastings.com |
| Reza Mirzaie (CA BN 246953) | John S. Holley |
| rmirzaie@raklaw.com | johnholley@paulhastings.com |
| RUSS, AUGUST & KABAT | PAUL HASTINGS LLP |
| 12424 Wilshire Boulevard, 12th Floor | 2050 M Street NW |
| Los Angeles, California 90025 | Washington, DC  20036 |
| Telephone: (310) 826-7474 | Telephone:  (202) 551-1700 |
| Facsimile: (310) 826-6991 | Facsimile: (202) 551-1705 |
| | |
| | Thomas A. Counts (CA BN 148051) |
| | tomcounts@paulhastings.com |
| | Grant N. Margeson (CA BN 299308) |
| | grantmargison@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 856-7000 |
| | Facsimile: (415) 856-7116 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Oyster Optics, LLC | Ciena Corporation |

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 28, 2020 with a copy of this document via the Court's ECF system.

*/s/ Paul A. Kroeger*
Paul A. Kroeger