RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474 - Telephone
(310) 826-6991- Facsimile

*Attorneys for Plaintiff*
Oyster Optics, LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OYSTER OPTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CIENA CORPORATION, <br><br> Defendant. | CASE NO. 4:20-cv-02354-JSW <br><br> **DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF OYSTER OPTICS, LLC'S CLAIM CONSTRUCTION BRIEF** |

**DECLARATION OF REZA MIRZAIE**

I, Reza Mirzaie, hereby declare as follows.

1. I am a partner at the law firm Russ, August & Kabat, counsel of record for Plaintif Oyster Optics, LLC ("Oyster") in the above-captioned matter. I make this declaration on the basis of personal knowledge, and if called to testify as a witness, I would and could testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of this Court's Claim Construction Order dated August 10, 2020 and entered as docket entry number 127 in *Oyster Optics, LLC v. Ciena Corporation*, Case No. 4:17-cv-05920.

3. Attached hereto as Exhibit B is a true and correct copy of the Claim Construction Memorandum Opinion and Order dated July 23, 2020 and entered as docket entry number 88 in *Oyster Optics, LLC v. Infinera Corporation*, *et al* No. 2:19-cv-00257-JRG (E.D. Texas).

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Professor Keith Goossen.

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 10,554,297.

6. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 6,665,500.

7. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 6,594,055.

8. Attached hereto as Exhibit G is a true and correct copy of Excerpts from the Treatise, Handbook of Optics as produced by Ciena.

9. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Richard Gitlin, SC.D. In Support of Ciena's Preliminary Claim Constructions that was filed *Oyster Optics, Inc. v. Ciena Corporation*, Case No. 4:17-cv-05920-JSW as docket entry 100-2 on or about April 3, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 1, 2021, at Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie

1
**DECLARATION OF REZA MIRZAIE**