# Exhibit I

# REDACTED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OYSTER OPTICS, LLC,

            Plaintiff,

    vs.

CIENA CORPORATION,

           Defendant.

CASE NO. 4:20-cv-02354-JSW

**DECLARATION OF DAN BLUMENTHAL, PH.D.**

**IN SUPPORT OF CIENA'S PRELIMINARY CLAIM CONSTRUCTIONS**

I, Dr. Dan Blumenthal, a resident of Santa Barbara, California who is over 18 years of age, hereby declare as follows.

## I.    INTRODUCTION

I have been retained as an expert in the above captioned cases by Ciena Corporation ("Ciena"). I understand that Oyster Optics, LLC has asserted two patents in this case: U.S. Patent Nos. 6,665,500 (the "'500 patent") and 10,554,297 (the "'297 patent") (collectively the "Asserted Patents"). I understand that these patents are involved in a claim construction proceeding.

I have been asked to consider and opine on claim constructions for the following disputed claim terms:

**'500 Patent:**

- "a phase modulator for phase modulating light from the light source" (claim 1); "phase modulating light from a laser" (claim 17)

- phase modulate terms (dependent claims 8, 19); "phase-modulated optical signals" (claim 1); "phase modulated signals" (claim 16)

- "amplitude-modulating the light from the laser" (claim 1); "amplitude-modulated signals" (claim 16); "amplitude modulating light from the laser" (claim 17)

- "a receiver having an interferometer" (claim 16)

**'297 Patent:**

- "energy level circuit" (claim 1); "energy level detector" (claim 17)

- "control electronics to provide control signals, in accordance with the data stream, to the laser . . ." (claim 14)

- "a low pass filter coupled to an output of the photodetector" (claim 18)

In forming my opinions, I have considered the patent specifications, claims, and prosecution histories, various books and journals, my experience in the field of optical telecommunications networks, and the inventor's testimony. I reserve the right to consider additional materials as I become aware of them and to revise my opinions accordingly.

I am being compensated for my work at my usual consulting rate of $550.00 per hour for my non-travel time spent on this proceeding. I am also being reimbursed for reasonable and customary expenses associated therewith. No part of my compensation is dependent upon the results of this litigation or the substance of my testimony.

## II.     EDUCATION AND EXPERIENCE

Below, I have summarized my educational background, career history, publications, and other relevant qualifications. My full *curriculum vitae* is attached as Ex. A to this report.

### A.     Educational Background

My education and my experience in this and related areas span 39 years of professional and academic experience.

I am considered a pioneer in optical communications and integrated photonic and optical devices and several other optical application areas including optical gyroscopes and integrated atom cooling, each of which have some relationship to the subjects involved.

I received a B.S. degree in Electrical Engineering from the University of Rochester, Rochester, New York, in 1981, a M.S. degree in Electrical Engineering from Columbia University, New York, in 1988, and a Ph.D. degree in Electrical Engineering from the University of Colorado, Boulder, in 1993. From 1981 till 1984, I worked as an engineer at StorageTek, Louisville, Colorado, on one of the world's first optical data storage products. From 1984 to 1985 I worked as a Senior Engineer at Sievers Research in the area of optical spectroscopy. From 1985 to 1988, I worked at Columbia University as a research engineer in the Center for Telecommunications, in the area of ultra-fast optical fiber communications and optical packet switching while pursuing at the same time my Masters degree in Electrical Engineering. While at Columbia I built one of the world's first optical packet switches. The Telecommunications Center was one of the National Science Foundation centers of excellence that launched the modern form of telecommunications networks layered communications and spawned a wide range of research from multi-media communications, to packet communications, to optical communications and network layered architectures. From 1988 to 1990 I worked in the

Distributed Computing Systems Laboratory at the University of Pennsylvania. During the early 1990's I worked as a graduate student researcher while pursuing my PhD in the Optoelectronic Computing Center at the University of Colorado Boulder, where I built one of the world's first self-routing optical packet switches. From 1993 to 1997, I was Assistant Professor in the School of Electrical and Computer Engineering at the Georgia Institute of Technology in Atlanta where I built a program in optical communications and packet switching and my focus on research in optical packet switching, optical network, optical wavelength conversion using semiconductor optical amplifiers (SOAs), optical label switching, and other related technologies led to groundbreaking innovations in these areas.

I am currently a Full Professor in the Department of Electrical and Computer Engineering at the University of California, Santa Barbara (UCSB). I also serve as the Director of the Terabit Optical Ethernet Center (TOEC). My research areas are in optical communications, photonic packet switching and all-optical networks, all-optical wavelength conversion and regeneration, ultra-fast communications, indium phosphide Photonic Integrated Circuits (PICS) and nanophotonic device technologies.

I have authored or co-authored over 465 journal and conference publications, hold 23 issued US patents, and am a co-author of a book, Tunable Laser Diodes and Related Optical Sources (New York: IEEE–Wiley, 2005) as well as other book chapters. I have published invited papers in the proceedings of the IEEE on the subjects of silicon nitride photonics and optical packet switching and am co-author of Tunable Laser Diodes and Related Optical Sources (New York: IEEE–Wiley, 2005). I have published two invited papers in the prestigious, broadly read, Proceedings of the IEEE and one invited paper in the prestigious broadly read Scientific American magazine. The Proceedings of the IEEE is the leading IEEE journal that provides in-depth review, survey, and tutorial coverage of the technical developments across all engineering areas including electronics, electrical and computer engineering, and computer science and is ranked as one of the top journals by Impact Factor, Article Influence Score and serves as a resource for engineers around the world. The first invited paper published in the Proceedings was

3

entitled "Photonic Packet Switches: Architectures and Experimental Implementations" in the 1994 special issue on Optical Computing Systems and is the highest cited paper in that special issue. The second invited paper in the Proceedings is in the 2018 Special Issue on Silicon Photonics entitled "Silicon Nitride in Silicon Photonics." In 2000, I was invited to write a seminal paper entitled "Routing Packets with Light," that appeared in the January 2001 issue of Scientific American, a popular science magazine that has had many famous scientists contribute, and with 170 years is the oldest continuously published monthly magazine in the United States.

I have served as the principle investigator for multiple large-scale research programs funded by the Defense Advanced Research Projects Agency (DARPA). At the national scale, I contributed to multiple US based fiber optic Internet backbone projects. I served on the Board of Directors for National LambdaRail (NLR), a nation-wide fiber backbone, from 2003-2010. I was an elected Board Member for the Internet-2 Architecture & Operations Advisory Council from 2008-2012.

In addition to my industry experience at StorageTek and Sievers, I have co-founded two companies, Packet Photonics, Inc. and Calient Technologies, Inc. Packet Photonics, Inc. provided network and data center operators with photonic integrated wavelength tunable solutions to implement, install, operate, and maintain networks. Calient Technologies, Inc. provides software enabled adaptive MEMS mirror based photonic switching systems that enable dynamic optical layer switching and optimization.

I am the recipient of the Optical Society of America (OSA) 2020 C.E.K. Mees Medal. In 2017 I was elected as a Fellow of the National Academy of Inventor (NAI). From the NAI website: "The program has 1,060 Fellows worldwide representing more than 250 prestigious universities and governmental and non-profit research institutes. Collectively, the Fellows hold more than 38,000 issued U.S. patents, which have generated over 11,000 licensed technologies and companies, and created more than 36 million jobs. In addition, over $1.6 trillion in revenue has been generated based on NAI Fellow discoveries. With the induction of the 2018 class, there are now more than 125 presidents and senior leaders of research universities and non-profit

research institutes, 502 members of the National Academies of Sciences, Engineering, and Medicine; 40 inductees of the National Inventors Hall of Fame, 57 recipients of the U.S. National Medal of Technology and Innovation and U.S. National Medal of Science, 34 Nobel Laureates, 3 Queen Elizabeth Prize for Engineering recipients, 304 AAAS Fellows, 200 IEEE Fellows, and 164 Fellows of the American Academy of Arts & Sciences, among other awards and distinctions.

I am a Fellow of the IEEE (only 0.1% of the world-wide membership can be elected as Fellows in a given year: According to IEEE Bylaw I-305.5, "[t]he total number of Fellow recommendations in any one year must not exceed one-tenth of one percent of the IEEE voting membership on record as of 31 December of the year preceding.") and a Fellow of the Optical Society of America (OSA). I am the recipient of a 1999 Presidential Early Career Award for Scientists and Engineers (PECASE) from the White House. I also received a National Science Foundation Young Investigator (NYI) Award in 1994, and an Office of Naval Research Young Investigator Program (YIP) Award in 1997. The Presidential White House PECASE Award citation reads "For outstanding research and creative impact in multi-wavelength optical techniques."

I have had extensive contributions to the international scientific community in the form of internationally renowned special issue journals and international conferences. I served as the primary Guest Editor for the 2018 JSTQE Special Issue on "Ultra Low Loss Planar Waveguides and Their Applications," and have served as the primary Guest Editor for other special issues including the 1998 IEEE Journal of Lightwave Technology special issue on "Photonic Packet Switching Systems" and the 2003 IEEE Journal Of Selected Areas In Communications special issue on "High-Performance Optical/Electronic Switches/Routers for High-Speed Internet." I also served as one of the Guest Editors for the 2006 JSTQE Special Issue on "Ultra-Fast Integrated Photonics." In terms of regular journal editing, I was an Associate Editor for the IEEE Photonics Technology Letters and an Associate Editor for the IEEE Transactions on Communications for many years. I have organized and served on committees for internationally renowned conferences and topical meetings including as General Program Chair for the 2001

OSA Topical Meeting on Photonics in Switching and as Program Chair for the 1999 Meeting on Photonics in Switching. I have also served on numerous other technical program committees including the Conference on Optical Fiber Communications OFC (2018 – Present and 1997 – 2000), the Conference on Lasers and Electrooptics CLEO (1999-2000), the European Conference on Optical Communications ECOC (2004-2005) and SIGCOMM 2006.

In forming the opinions expressed in this Declaration, I have relied upon my education and my approximately 39 years of professional and academic experience.

## III.    <u>PERSON OF ORDINARY SKILL IN THE ART</u>

I was asked to provide my opinion on the level of one of ordinary skill in the art with respect to the invention of the Asserted Patents as of the early 2001s (up to and including January 29, 2001 for the '500 Patent and July 9, 2001 for the '297 Patent). I understand that the person having ordinary skill in the art is a hypothetical person who is presumed to know the relevant prior art. I further understand the factors that may be considered in determining the level of skill include: the types of problems encountered in the art, prior art solutions to those problems; rapidity with which innovations are made; sophistication of the technology; and educational level of active workers in the field. I understand that not all such factors may be present in every case, and one or more of them may predominate. Based on my review of the types of problems encountered in the field of optical networking, prior solutions to those problems, the rapidity with which innovations were made, the sophistication of the technology, and the educational level of active workers in the field, I believe a person of ordinary skill in art would have had at least a Masters degree in electrical engineering, or equivalent training, and approximately two years of experience working in the field of optical communication. More education can supplement practical experience and vice versa. Depending on the engineering background and level of education of a person, it would have taken a few years for the person to become familiar with the problems encountered in the art and become familiar with the prior and current solutions to those problems.

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

All of my opinions in this declaration are from the perspective of one of ordinary skill in the art, as I have defined it here, during the relevant timeframe, i.e., the early 2001s.

## IV.    BACKGROUND: FIBER OPTIC COMMUNICATION SYSTEMS OVERVIEW

Optical fiber has proved a cost-efficient way to modulate and receive optical signals over distances since at least the 1970s and the basic model of a fiber transmission link has remained essentially the same. The basic elements of a point-to-point fiber optic transmission link consists of an optical transmitter and receiver connected over an optical fiber and depending on the distance and link data capacity, may use optical amplification during transmission. The transmitter converts electrically modulated data to a modulated optical-carrier signal that is coupled to an optical transmission fiber via a physical link interface. The electrical data can externally modulate a continuous wave (cw) laser drive via an optical data modulator or direct drive the laser. In both cases, interface drive electronics are used to match the data source to the transmission modulation format and requirements for driving the external modulator or laser. Transmitters may also contain other elements like an optical amplifier, an optical filter, an optical isolator and other components based on the application requirements, data modulation type and data rate.

After transmission over the fiber, an optical receiver is used to convert the optical data to an electronic analog baseband electrical signal. This electrical signal is amplified, filtered and is typically demodulated. In the case of digital transmission, the final data and clock recovery circuits deliver the original electronic data with as low a bit error as required. A basic receiver consists of a photodetector connected to the fiber. The photodetector converts the optical signal to a representative modulated electrical current. Depending on the link design and transmission modulation format, there can be an optical filter and/or an optical demodulator prior to photo detection. A series of electronic amplification, filtering and signal processing stages are used to convert the detected signal to an electronic voltage and maintain the signal integrity, reduce distortion, and reject as much noise as possible in order to reproduce the data with as few errors as specified or possible.

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

Optical modulation is the process by which electrical signals are converted into optical signals. *See* '297 patent at 5:11-14; '500 patent at 7:19-29. Specifically, digital data represented by electrical signals is applied to an optical modulator that modulates an optical carrier signal. See, e.g., '297 patent at 4:46-52. The modulated optical beam may then be transmitted through an optical medium such as an optical fiber.

It is desirable to monitor the status of signals being passed through an optical fiber as well as the status of the fiber and transmission and receiving equipment. "[A]n important aspect of operation and maintenance of all such optical transport networks is likely to be the provision of optical failure detectors at various parts of the network, to enable defects in the network to be rapidly identified and remedial action taken appropriately." *See, e.g.*, U.S. Patent No. 6,178,025; attached as Ex. B.

Optical failure detectors include components for monitoring the power level of an optical signal and triggering an alarm if power level falls below a particular threshold. *Id.* at Abstract. This allows for "an optical communications system in which defects are identified and located using loss of signal detectors and in which the routing of data traffic is controlled to avoid such defects." *Id.* at 2:20-23. Optical monitoring can be performed at various points in a fiber optic link using, for example, an OTDR. Monitoring can also be performed by to detect nefarious intrusion into the system. *See, e.g.*, U.S. Patent No. 4,435,850 at 2:30-49; attached as Ex. C. Once a fault has been located or an intrusion has been detected, then the processes of protection and restoration can be initiated. In modern fiber optic links, the detection of a fault will trigger one or multiple types of alarms for both human and computer intervention. *Id.*

An optical transmitter modulates or alters an optical carrier signal (e.g., a continuous light wave) to communicate data to a receiver. For example, a transmitter may modulate the amplitude, phase, and/or frequency of the carrier signal by a change detectable by the receiver. Data is commonly transmitted in digital form as binary ones and zeros. Various forms of shift keying may be used to modulate light with digital data by shifting the amplitude, phase, or frequency to represent a binary one or zero. As shown in the figure below, with amplitude-shift

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

keying (ASK), the amplitude or intensity of the carrier signal is changed between a low and high state to communicate a zero or a one.  By contrast, phase-shift keying (PSK) adjusts the phase of the carrier signal between, for example, 0 and 180 degrees, to communicate a zero or a one. Frequency-shift keying (FSK) modulates the angular frequency of the carrier signal between two discrete frequencies to communicate a zero or a one.  An exemplary binary data waveform and the corresponding ASK, PSK, and FSK representations are illustrated in the figure below.



In the early days of optical fiber links, PSK was studied extensively for optical transmission systems.  However, because PSK requires precise alignment of the transmitter and receiver center frequencies and the real-time optical phases in order to accurately detect transmitted data encoded using the optical absolute phase, PSK was not widely adopted at the time.  Differential phase shift keying (DPSK) was initially used to overcome the difficulty in aligning the receiver with the absolute phase and other difficulties implementing PSK in a commercial system at the time.  In DPSK, a precoder is used to code incoming electrical data into optical phase shifts between subsequent transmitted bits.  By coding the data in subsequent optical phase shifts between neighboring transmitted bits instead of absolute phase in each bit, an electronic pre-coder circuit is used to encode the incoming electronic bit stream (or streams) into signals that drive an optical phase modulator connected to a cw laser. The output states of the

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

modulator toggle between a zero phase shift and a pi (or 180 degree) phase shift. Other designs are possible that control the laser directly instead of a modulator, but are not as reliable. This scheme also requires that transmit laser phase is stable between neighboring data bits. At the receiver, the phase of the received neighboring optical bits are compared, and an output logic level generated is the recovered original data. A typical pre-coder circuit using exclusive-OR ("XOR") logic operation (or an exclusive NOR operation) is shown in the Figure below. The present data bit is compared to the prior state of the modulator (0 or 1, where 1 can represent a pi phase shift). In the case of an XOR, if the incoming data bit is different than the prior optical phase setting (0 or 1), then the output is switched to a 1 and the modulator phase is set to pi. If the incoming data bit is the same as the current modulator phase setting, then the XOR output will stay the same (or switch in an XNOR is used). If the incoming data bit is different than the current phase set of the modulator, then the phase will shift by 180 degrees (from 0 to pi or from pi to 0).



(a) DPSK transmitter

At the receiver, the optical phase of the DPSK signal is used to recover the original encoded data. One of the attractive features of this approach at the time, was that an optical interferometer with a single data bit differential phase delay, and simple photodetectors, could be used to directly recover the data. There were practical issues with implementing this

10

interferometer receiver, and the gain by performing DPSK did not outweigh the complexity. A DPSK receiver uses an interferometer to compare the phase between two successively received bits to recover the original encoded data. This is the inverse operation of the XOR (or XNOR) coding at the transmitter. The incoming optical signal from the optical fiber is split into two paths that form the interferometer. The interferometer is asymmetric, in which one path is longer than the other as illustrated in the Figure below.



(c) Direct-Detection DPSK receiver

The longer path in the interferometer delays the optical signal by the same delay between subsequent bits (e.g., one bit if that is the bit delay in the XOR or XNOR gate) located at the transmitter. Below is a slide from my ECE228 course that I use to explain the process for converting a DPSK signal to an intensity modulated signal that is readable by the photodetectors.



As shown in that slide, the optical phases of the present encoded bit and previous encoded bit are combined simultaneously at the output coupler of the interferometer. When the optical phases of

the present and previous encoded bits are the same, the signals combine (i.e., constructively interfere) to produce a high intensity output signal representing a logic one at the upper photodetector (and 0 at the lower photodetector). However, when the phases of the present and previous encoded bits are different, the signals destructively interfere at the upper interferometer output arm, to produce a low intensity output signal representing a logic zero at the upper photodetector and logic 1 at the lower photodetector. The interferometer thereby optically demodulates the received optical signal to determine the original data that was pre-coded and sent from the transmitter. DPSK eliminates the need for the receiver to track the phase of the carrier signal at the transmitter in order to detect the transmitted data. The receiver can instead detect the data by using the phase difference between consecutive data bits received. DPSK therefore allowed for the receiver to not have an extra laser at the receiver used as a local oscillator and additional frequency and phase tracking circuits that are required in a PSK system. For the modulator, the phase of the transmitted optical carrier signal (e.g., a continuous light wave) can be modulated using a Mach-Zehnder (MZ) modulator. The MZ modulator modulates the cw laser light by separating the light into two optical waveguides and using electrical control signals to alter the optical properties of each waveguide through which the input light propagates, then recombining these two paths into a common waveguide that is then connected to the optical fiber.

## V.   <u>OVERVIEW OF THE '500 PATENT</u>

The '500 Patent is entitled "Dual-Mode Fiber Optic Telecommunications System and Method." The '500 Patent's transmitter is "for transmitting either phase-modulated or amplitude modulated optical signals." '500 Patent at 2:27-28. The '500 Patent's receiver is "for receiving either phase-modulated or amplitude-modulated optical signals." *Id.* at 2:29-30.

The transmitter 10 "includes a single laser 12" and a phase modulator 16 which may be a "Mach-Zehnder phase modulator." *Id.* at 4:58-64. The transmitter 10 is shown in Fig. 1 below.



'500 patent at Fig. 1.

The transmitter also includes a controller 18: "An electronic controller 18, for example a PLC, controls phase modulator 16 and the amplitude of the light output of laser 12." The controller allows "a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light as a function of the electronic data stream." '500 Patent at 2:36-40. This "can permit the transmitter to work with different types of receivers." *Id.* at 2:45-46. "An operator may set the switch of a first transmitter to the first mode, the delayed second mode, or the direct second mode, so that the transmitter generally always operates in that mode." *Id.* at 3:17-20.

The '500 patent explains that the "invention" permits "a phase-modulated transmission mode or an amplitude-modulated transmission mode, or both a phase and amplitude modulated transmission mode, which can permit the transmitter to work with different types of receivers." '500 patent at 2:41-45.

As detailed below, the '500 patent describes setting these different modes using different bit values, e.g., 00, e.g., a '0,' 01, e.g., a '1,' 10, e.g., a '2,' or 11, e.g., a '3'. Specifically, "[t]he bit data may be set for example to zero or one or two or three, so that the data contained in the

packet is sent either via the first mode or via the direct second mode or the delayed second mode with no phase modulation or the delayed second mode with phase modulation as a function of the bit data." '500 patent at 3:22-27. In other words, the '500 patent discloses four configurations of the transmitter as shown in **Table 1**.

| Bit Data | Configuration |
|---|---|
| 00 = 0 | Phase modulate (green annotated figure below)<br> |
| 01 = 1 | Directly amplitude modulate (red annotated figure below)<br> |
| 10 = 2 | Amplitude modulate with a delay, i.e., "the delayed second or amplitude modulated mode" without phase modulation (blue annotated figure below)<br> |

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

<table>
<tr><td>11 = 3</td><td colspan="4">Amplitude modulate and then phase modulate, i.e., "the delayed second or amplitude-modulated mode" with phase modulation (purple annotated figure below)</td></tr>
<tr><td></td><td colspan="4"></td></tr>
</table>

| Bit Data | Configuration | Switch 84 position | Phase Modulator 86 Active? | Receiver Type (DD, DPSK) |
|---|---|---|---|---|
| 00 | Phase modulate (green annotated figure)<br><br>'500 patent at 5:34-37 ("the amplitude controller 88 directs the laser to emit constant wavelength, non-pulsed light." Depending on the output OP of circuit 82, phase modulator 16 then either imparts a known initial phase shift to the light which could be 0 degrees or else imparts another known offset phase shift preferably equal to the known initial phase shift—180 degrees on the | **Right**<br><br>See discussion to the left. | **On**<br><br>See discussion to the left. | **Requires Interferometer (DPSK):**<br><br>"The phase-modulated signal *must be read with an interferometer* having a proper delay path . . ." '500 patent at 5:45-47. |

15

| | | | | |
|---|---|---|---|---|
| | | light passing through phase modulator 16." '500 patent at 5:36-41. | | | |
| 01 | Directly amplitude modulate (red annotated figure) "When switch 84 receives data DSI from direct circuit 80, the laser amplitude is a direct function of the input electronic data DSI. The transmitter 10 thus transmits in the direct amplitude-modulated mode." '500 patent at 5:30-34 | **Left** See Red annotated Figure | **Off** "During an amplitude modulation mode, phase modulator controller 86 [] does not phase modulate the light." '500 patent at 5:21-25. | **Direct Detect** For "the direct amplitude-modulated mode only, for example, is backwards-compatible with existing receivers in the amplitude-modulated mode" '500 patent at 6:9-12. |
| 10 | Amplitude modulate with a delay, i.e., "the delayed second or amplitude modulated mode" without phase modulation (blue annotated figure) "[T]he delayed amplitude modulated mode, signals OP are sent in a | **Right** "When switch 84 receives data from circuit 82, the laser amplitude is a function of the output OP of the delayed feedback exclusive-or gate 118. The transmitter 10 thus transmits in a delayed-feedback exclusive-or amplitude modulated mode, defined herein as | **Off** During an amplitude modulation mode, phase modulator controller 86 [] does not phase modulate the light." '500 patent at 5:21-25. "[T]he delayed amplitude modulated mode, signals OP are sent in a pulsed | **Not enabled** / requires multilevel receiver that can differentiate between a 0, 1, or 2. *But see* '500 patent at 5:50-62 (asserting that the delayed signals can be read with either a photodiode or a circuit with that delays the signals in much the same way an interferometer does) |

16

| | | | | |
|---|---|---|---|---|
| | pulsed fashion." '500 patent at 5:50-51. | the delayed amplitude modulated mode." '500 patent at 5:25-30 | fashion." '500 patent at 5:50-51. | |
| 11 | Amplitude modulate and then phase modulate, i.e., "the delayed second or amplitude-modulated mode" with phase modulation (purple annotated figure) | **Right**<br><br>See Above. | **On**<br><br>"During an amplitude modulation mode, phase modulator controller 86 . . . phase modulates based upon the output of the delayed feedback exclusive-or circuit 82." '500 patent at 5:21-25 | **Not enabled** |

**TABLE 1**

The "phase modulate" mode is described as "a first mode" that "phase modulates the light as a function of an output of a delayed feedback exclusive-or gate having the electronic data stream as an input." *Id.* at 2:48-51. I have annotated Figure 1 below to show the path of the input data in the "first mode," which is also called the "phase modulate" mode. The '500 patent describes the signal 22 as a "phase modulated" signal. *Id.* at 5:41-49; 5:63-64; 7:12; 7:62-65.



BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

The "amplitude-modulated transmission mode" and the alternative "phase and amplitude modulated transmission mode" are described as a "second mode" where "the light may be amplitude modulated either by altering the energy provided to the light source or by altering the light emitted by the light source." *Id.* at 2:57-59. For instance, in the second modes, the light may be amplitude modulated in direct relation to an input data stream (known as the direct second or amplitude-modulated mode), or as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input (known as the delayed second or amplitude-modulated mode).

A POSITA would have understood the "direct second or amplitude-modulated mode" to be simply pulsing the laser with the input data to provide an OOK or IM signal. As shown in annotated Figure 1, below, "[w]hen switch 84 receives data DSI from direct circuit 80, the laser amplitude is a direct function of the input electronic data DSI. The transmitter 10 thus transmits in the direct amplitude-modulated mode." *Id.* at 5:30-34. The resulting OOK/IM signal is shown as 23 in Figure 1. Specifically, "[a]mplitude controller 88, during an amplitude-modulation mode, thus amplitude modulates the laser 12 so that an amplitude-modulated signal 23, representative of either the data DSI or OP, passes to fiber 20." *Id.* at 5:18-20. A POSITA would

have understood that this is how the '500 patent able to read the direct amplitude-modulated signals using a common receiver. *Id.* at 3:3-6.



A POSITA would have understood the "delayed second or amplitude-modulated mode" to mean the light is being amplitude modulated as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input. *Id.* at 2:63-3:3. As the specification explains the receiver reads the "delayed amplitude-modulated optical signals through the interferometer." *Id.* at 3:53-54; *see also id.* at 3:6-11 (explaining that the delayed amplitude-modulated signals are read using an Oyster receiver having an interferometer). During this mode, the "phase modulator controller 86 either does not phase modulate the light," as shown in blue below, "or phase modulates based upon the output of the delayed feedback exclusive-or circuit 82" as shown in purple below. '500 patent at 5:21-25. Of course, in the mode where the light is both amplitude and phase modulated, the signal is sent in a pulsed fashion like the signal shown in number 23. In fact, the '500 patent explains that in either "delayed amplitude modulated mode, signals OP are sent in a ***pulsed*** fashion." '500 patent at 3:51-52 (emphasis added).



Referring to the amplitude and phase version of the second mode, shown in purple, the '500 patent does not explain how to recover data from an optical signal that is pulsed with the signal OP and then phase modulated with the same signal OP.



Rather, the specification simply describes a receiver having an interferometer for reading either a phase modulated signal or a delayed amplitude modulated signal (*id.* at 3:46-55; 5:44-47; 5:51-6:3) and a photodetector for reading an amplitude modulated signal (*id.* at 3:46-55; 5:49-50; 7:40-

44.). While the specification describes reading a mixed optical signal (*id.* at 3:61-65), the specification is referring to signal 25 in Figure 2 where the amplitude 23 and phase 23 signals are sent serially (back-to-back).



Signal 25 is a "mixed signal" because it serially includes the phase modulated signal 22 and then the amplitude modulated signal 23. *Id.* at 7:62-65. There is no disclosure of how to recover data from a signal that is *simultaneously* amplitude and phase modulated.

To the contrary, the solely phase modulated 22 signal is converted to an amplitude modulated signal using the interferometer 40 and read using the photodiode 38 (*id.* at 7:13-38), the solely amplitude modulated signal 23, assuming it was created by directly modulating the laser, is read using only a photodiode 35 (not marked but adjacent the splitter 32) (*id.* at 7:40-44), and the solely amplitude modulated signal, assuming it is was created by using the delayed signal, is disclosed as being read using an interferometer or a simple photodiode like detector 35 (5:51-62; U.S. Patent No. 6,594,055 (referred to as 09/765,153 in the '297 patent) at Fig. 2.)



Fig. 2

For reasons I detail below, neither a photodiode nor an interferometer would be able to read the delayed amplitude modulated signal that was sent with phase modulation.

## VI.    '500 PATENT CLAIM TERMS

### A.    Phase Modulator for Phase Modulating Light from the Light Source (claim 1) / Phase Modulating Light from A Laser (claim 17) / Phase Modulate terms (dependent claims 8, 19) / Phase-Modulated Optical Signals (claim 1) / Phase Modulated Signals (dependent claim 16)  = BIT DATA EQUALS 00

A person of ordinary skill in the art (a POSITA) would have understood a "phase modulator for phase modulating light from the light source," as claimed in claim 1, and the phase modulate term in dependent claim 8, to mean "a device that alters the phase of light to create an optical signal having a phase that is representative of data.  The phase modulator does not perform amplitude modulation."  Similarly, a POSITA would have understood "phase modulating light from a laser," as claimed in claim 17, and the phase modulate term in claim 19, to mean "altering the phase of light to create an optical signal having a phase that is representative of data, wherein the phase modulating does not include amplitude modulating."  A POSITA also would have understood "phase-modulated optical signals" and "phase modulated signals," as claimed in claims 1 and 16, respectively, to mean "optical signals having a phase that is representative of data.  The amplitude of the optical signals is not representative of data."

I have been informed that Ciena and Oyster agree except for the language in red. Said differently, Oyster's proposed constructions of the phase modulate terms are broad enough to include modulating data onto the phase *and amplitude* of the optical signal.[1] In my opinion, a POSITA would not have considered phase modulation as described and claimed in Oyster's '500 patent to be broad enough to encompass both (i) phase modulating as a POSITA would have understood the terms as used in the '500 patent, i.e., DPSK without amplitude modulation, and (ii) phase modulating together with amplitude modulating. The '500 patent does not disclose or enable phase and amplitude modulating a signal in the "first mode." And although the '500 patent's discloses that the "second mode" can include amplitude modulating and then phase modulating before the signal is launched onto the fiber, the '500 patent does not enable such a mode as there is no disclosure of how such a signal can be read at the receiver.

Moreover, as I detail below, Oyster's proposed construction is broad enough to make its constructions of the phase modulate terms and the amplitude modulate terms indistinguishable. *See, e.g.*, fourth and fifth rows in **Table 2** below. In my opinion, a POSITA would not have read the phase modulate and amplitude modulate teams broad enough to read on the same transmission mode, i.e., (i) the first or phase modulation mode (bit data is 00) and (ii) the delayed second or amplitude-modulated mode ( bit data 11) should not be the same.

---

[1] As detailed in the next section, Oyster's proposed constructions for the amplitude modulate terms are broad enough to include amplitude and phase modulation, which makes the breadth of the phase and amplitude modulate terms the same.

| BIT DATA | Claimed "first mode" | Claimed "second mode" | Claim(s) |
|---|---|---|---|
| 00 | Phase modulate | N/A | 1, 8, 16, 17, 19 |
| 01 | N/A | Amplitude modulate, i.e., "the direct second or amplitude-modulated mode." | 1, 8, 16, 17 |
| 10 | N/A | Amplitude modulate with a delay, i.e., "the delayed second or amplitude modulated mode" without phase modulation | 1, 8, 16, 17 |
| 11 | N/A | Amplitude modulate and then phase modulate, i.e., "the delayed second or amplitude-modulated mode" with phase modulation (disclosed but not enabled) | 19 |
| N/A (Oyster's construction) | Phase modulate and amplitude modulate (**not disclosed**) | N/A | Not claimed or disclosed |

**Table 2**

The '500 patent explains that the "phase-modulated transmission mode" is a first mode that "phase modulates the light as a function of an output of a delayed feedback exclusive-or gate having the electronic data stream as an input." *Id.* at 2:48-51. There is no disclosure of the claimed "first mode" including both "phase" and amplitude" modulation. *See generally* '500 patent. The '500 patent repeatedly discloses amplitude modulation in the context of the "second mode." *Id.* at 2:56-3:34; 4:5-12; 5:1-34; 5:49-50; 7:57-61. Therefore, in my opinion the claimed "first mode controlling the phase modulator to create phase-modulated optical signals," is referring to a mode that uses a device to alter the phase of light to create an optical signal having a phase that is representative of data and that device does not perform amplitude modulation in the first mode. A POSITA reading the '500 patent would not understand the phase modulation relating to the first mode to also include amplitude modulation.

When the bit data is 11, where the second mode includes both amplitude and phase modulating, the phase modulator is not performing amplitude modulation. Rather, as I described above, the "signals OP are sent in a pulsed fashion" by pulsing the laser 12 and providing the pulsed laser to the phase modulator 16, which then phase modulates the pulsed signal. '500

patent at 3:51-52.  Moreover, as I alluded to above, a "phase" and "amplitude" modulated signal cannot be read using the disclosed receiver.  The cases where an interferometer at the receiver can successfully decode transmitted bits encoded using single bit delay XOR gate, requires that neighboring received bits be encoded as 0,0 or pi,pi to represent a recovered constructive interference, or a photodetected "one" value at e.g. the upper interferometer photodetector.  For the neighboring bits encoded as 0,pi or pi,0, the upper photodetector will receive destructively interfering signals, leading to a detector output in e.g. the upper arm at a logic "zero" level.  The lower interferometer arm photodetector in both cases registers the complementary logic level.  The XOR encoder (and similar argument for an XNOR encoder, require that the 1,1 and 0,0 encoded bits have opposite logic sign than 1,0 and 0,1.

However, when encoding amplitude using the delayed bit XOR gate, there will be three cases at the output of the receiver interferometer, level 0 (0,0 received), level 1 (0,1 or 1,0 received) and level 2 (1,1 received).  This requires that the receiver has a multilevel detection circuit, which is not disclosed in the specification and would require undue experimentation by a POSITA.  The same is true when the bits are coded with both amplitude and phase using the single bit delay XOR gate encoder.  There is not energy in the zero bits that can form destructive interference, also requiring multi-level receivers and having the same issues described above.  In any case when DPSK is employed, the laser linewidth or phase noise must be low enough, so that the output optical phase is stationary (constant) over two adjacent bit intervals. Therefore, while there is a disclosure of a second mode that amplitude modulates and then phase modulates the signal, such a mode is not enabled.  And, in the context of the claims, which require phase modulating in the "first mode" there is no disclosure of phase and amplitude modulating in the first mode.

For the phase modulation mode, e.g., bit data 00, the '500 patent explains that the "phase modulated" signals in the first mode "***must be read with an interferometer*** having a proper delay path . . . ." *Id.* at 5:44-47; *see also* Ex. D, OYST_CIEN00032883 at 913 ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

████████████████████████████████████████████████████

████████████████████████████████████████████ To a

POSITA, this disclosure means that the specification is disclosing differential phase shift keying

within a direct detect system. As I explained in the background of this declaration, an incoming

optical signal is split into two paths that form the interferometer. *See, e.g.*, '500 patent at Fig. 2,

6:36-39 (describing an "interferometer 40" having a splitter 34 and a coupler 36).



Fig. 2

The longer path in the interferometer delays the optical signal by the same delay (e.g., one

bit) inserted at the transmitter. *See, e.g.*, at '500 patent at 6:53-7:11 (describing delay fiber 45 and

matching the delay as closely as possible to the delay in the transmitter).



Fig. 2

The optical phases of the present encoded bit and previous encoded bit are combined

simultaneously at the output (i.e., second) coupler of the interferometer. *Id.* at 7:13-15. When the

optical phases of the present and previous encoded bits are the same, the signals combine (i.e.,

constructively interfere) to produce a high intensity output signal representing a logic one (at one

of the detectors, e.g. upper). *Id.* at 7:15-26. However, when the phases of the present and

previous encoded bits are different (i.e. 180 degrees apart in phase), the signals destructively

interfere to produce a low intensity output signal representing a logic zero (at the same detector,

e.g. upper).  *Id.*  The interferometer thereby optically demodulates the received optical signal to determine the original data that was pre-coded and sent from the transmitter.  The '500 patent does not disclose any technique for a receiver that required an interferometer, like the '500 patent's receiver ('500 patent at 5:44-47 ("the phase-modulated signal must be read with an interferometer"), to decode data that is simultaneously modulated onto the signal's phase and amplitude.  This is why the first mode is never described as also including amplitude modulation.  *See generally* '500 patent.  For these reasons, and those described in the background sections, it is my opinion that a POSITA would have understood a "phase modulator for phase modulating light from the light source," as claimed in claim 1, and the phase modulate term in dependent claim 8, to mean "a device that alters the phase of light to create an optical signal having a phase that is representative of data.  The phase modulator does not perform amplitude modulation."  Similarly, a POSITA would have understood "phase modulating light from a laser," as claimed in claim 17, and the phase modulate term in 19, to mean "altering the phase of light to create an optical signal having a phase that is representative of data, wherein the phase modulating does not include amplitude modulating."  A POSITA also would have understood "phase-modulated optical signals" and "phase modulated signals," as claimed in claims 1 and 16, respectively, to mean "optical signals having a phase that is representative of data.  The amplitude of the optical signals is not representative of data."

**B.  Amplitude-Modulating the Light from the Laser (claim 1) / Amplitude-Modulated Signals (claim 16) / Amplitude Modulating Light from the Laser (claim 17)**

A POSITA would have understood that the "amplitude-modulating the light from the laser" (claim 1) / "amplitude-modulated signals" (claim 16) / "amplitude modulating light from the laser" (claim 17) to mean "altering the amplitude of light to create an optical signal having an amplitude that is representative of data.  The use of amplitude modulation does not include phase modulation."

I have been informed that Ciena and Oyster agree except for the language in red.  Said differently, Oyster's proposed constructions of the amplitude modulate terms are broad enough to

include the amplitude and phase modulation.[2]  A POSITA would not have understood the term

amplitude modulates terms so broadly as those terms are used in the claims when read in light of

the '500 patent's disclosure.  Specifically, a POSITA would not have understood the amplitude

modulation terms to include phase modulation.

Moreover, as I detailed above and reiterate below, Oyster's proposed construction is broad

enough to make its constructions of the amplitude modulate terms and phase modulate terms

indistinguishable.  *See, e.g.*, rows four and five in the **Table 3** below.  In my opinion, a POSITA

would not have read the phase modulate and amplitude modulate teams broad enough to read on

the same transmission mode, i.e., (i) the first or phase modulation mode (00) and (ii) the delayed

second or amplitude-modulated mode (11) should not be the same.

| BIT DATA | Claimed "first mode" | Claimed "second mode" | Claim(s) |
|---|---|---|---|
| 00 | Phase modulate | N/A | 1, 8, 16, 17, 19 |
| 01 | N/A | Amplitude modulate, i.e., "the direct second or amplitude-modulated mode." | 1, 8, 16, 17 |
| 10 | N/A | Amplitude modulate with a delay, i.e., "the delayed second or amplitude modulated mode" without phase modulation | 1, 8, 16, 17 |
| 11 | N/A | Amplitude modulate and phase modulate, i.e., "the delayed second or amplitude-modulated mode" with phase modulation (disclosed but not enabled) | 19 |
| N/A (Oyster's construction) | Phase modulate and amplitude modulate (**not disclosed**) | N/A | Not claimed or disclosed |

**Table 3**

As I detailed above, the amplitude modulation is always performed by pulsing the laser.

Whether that pulsed signal is later phase modulated as is the case when the bit data is 11, it does

not change that the amplitude modulation does not include phase modulation as Ciena's proposed

---

[2] As detailed in the previous section, Oyster's proposed constructions for the phase modulate
terms are broad enough to include amplitude modulation, which makes the breadth of the phase
and amplitude modulate terms the same.

construction describes.  Indeed, a POSITA would have understood the "direct second or amplitude-modulated mode" to be simply pulsing the laser with the input data to provide an OOK/IM signal, i.e., bit data 01.  As shown in annotated Figure 1 below, when the bit data is 01 the "switch 84 receives data DSI from direct circuit 80, the laser amplitude is a direct function of the input electronic data DSI.  The transmitter 10 thus transmits in the direct amplitude-modulated mode."  *Id.* at 5:30-34.



The resulting OOK/IM signal is shown as 23 in the figure.  Specifically, "[a]mplitude controller 88, during an amplitude-modulation mode, thus amplitude modulates the laser 12 so that an amplitude-modulated signal 23, representative of either the data DSI or OP, passes to fiber 20."  *Id.* at 5:17-20.  A POSITA would have understood that this is how the '500 patent is able to read the direct amplitude-modulated signals using a common receiver.  '500 patent at 3:3-6.  Of course, directly pulsing the laser does not include phase-modulation as Ciena's proposed construction requires and as Oyster's proposed construction leaves open.

A POSITA would have understood the "delayed second or amplitude-modulated mode," e.g., bit data 10 or 11, to mean the light is being amplitude modulated as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.  *Id.* at 2:63-3:3.  As the specification explains the receiver reads the "delayed amplitude-modulated optical signals through the interferometer."  *Id.* at 3:53-54; *see also id.* at 3:6-11 (explaining that the delayed amplitude-modulated signals are read using an Oyster receiver having an interferometer).

During this mode, the "phase modulator controller 86 either does not phase modulate the light," as shown in blue below (i.e., bit data 10), "or phase modulates based upon the output of the delayed feedback exclusive-or circuit 82" as shown in purple (i.e., bit data 11). '500 patent at 5:21-25. Of course, in the mode where the light is amplitude modulated *and then* phase modulated (bit data 11), the signal is sent in a pulsed fashion like the signal shown in number 23. '500 patent at 3:51-52 ("delayed amplitude modulated mode, signals OP are sent in a pulsed fashion.").



In any of these three instances, i.e., direct pulsing (red)(bit data 01), pulsing with a delayed signal (blue) (bit data 10), or pulsing *and then* phase modulating (purple) (bit data 11), the amplitude modulation is always pulsing the laser. Any phase modulation that occurs in the second mode, i.e., when bit data is 11 (purple), occurs later; separate and apart from the amplitude modulation performed by pulsing the laser. Said differently, the laser is pulsed first and then the pulsed laser light is phase modulated. Whether or not the pulsed laser is later phase modulated does not alter the fact that the amplitude modulating, which occurs first, does not include phase modulating. Therefore, in my opinion, a POSITA would have understood that amplitude modulate terms to mean "altering the amplitude of light to create an optical signal having an amplitude that is representative of data. The use of amplitude modulation does not include phase modulation."

**C.    A Receiver Having an Interferometer (claim 16)**

A person of ordinary skill in the art (a POSITA) would have understood "a receiver having an interferometer" to mean "[a] receiver having a device that **splits received light** into a

first wave and a second wave, delays the first wave relative to the second wave, **recombines the delayed first wave and the second wave**, and detects an intensity of the recombined waves."

This is a concept that I regularly teach in my ECE228B class, as shown in the excerpted slide from my course notes below. The DPSK signal (annotated in teal) is transmitted over the optical fiber (red fiber in slide 32) and is received at an interferometer (annotated black dashed box and labeled "interferometer"), which splits received light into a first wave (top leg in the slide 32 (annotated in purple)) and a second wave (bottom leg in the diagram below (annotated in green)), delays the first wave relative to the second wave, recombines the delayed first wave and the second wave (annotated in orange), i.e., described as converting from phase shift keying to complementary OOK signals, and detects an intensity of the recombined waves using a photodetector.

I regularly teach my students that DPSK signals can be detected using interferometric

## 2-DPSK Link



- Data coded as the *phase difference* between each symbol
- Adjacent bit used as a phase reference
- Delay Interferometer (DI) converts from phase shift keying to two complementary OOK signals
- Single-ended or balanced detection
- One symbol transfers one bit information
- Signal bandwidth is B

ECE228B_15 of D. J. Blumenthal                                      Section 4 Slide 45

receivers, i.e., using an interferometer as described above. When the non-delayed and delayed signals are recombined, the output is an OOK signal as shown below on slide 35 of my course notes as the "output" signal.



2-DPSK

ECE228B, Prof. D. J. Blumenthal                                    Section 4 Slide 35

Beyond my course notes, a POSITA would have understood that an interferometer is a device that splits received light into a first wave and a second wave, delays the first wave relative to the second wave, recombines the delayed first wave and the second wave, and detects an intensity of the recombined waves as confirmed by numerous other sources. For example, textbooks, Oyster's inventor testimony, Oyster's co-founder and patent attorney's testimony, Oyster's presentations, the '500 patent and other patents incorporated by reference in the '500 patent.

The Fundamentals of Photonics textbook from 1991, describes an interferometer as "an optical instrument that splits a wave into two waves using a beam splitter, delays them by unequal distances, redirects them using mirrors, recombines them using another (or the same) beam splitter, and detects the intensity of their superposition." Ex. E, CIENA00102419 at 436. One exemplary interferometer described by the Fundamentals of Photonics textbook is called a Mach-Zehnder interferometer and is shown below.



(_Id._ at 437.) As shown in the figure, the incoming light "wave $U_0$ is split into two waves $U_1$ and $U_2$. After traveling through different paths, the waves are recombined into a superposition wave $U = U_1 + U_2$ whose intensity is recorded. The waves are split and recombined using beam splitters." (_Id._)

This is all consistent with Ciena's proposed construction that an interferometer is a device that splits received light into a first wave, e.g., U2, and a second wave, e.g., U1, delays the first wave, e.g., U2, relative to the second wave, e.g., U1, recombines the delayed first wave and the second wave, e.g., U, and detects an intensity of the recombined waves.

The Handbook of Optics, which is a 1994 textbook, similarly explains that "interferometric measurements require an optical arrangement in which two or more beams, _derived from the same source_ but traveling along separate paths, are made the interfere." Ex. F, CIENA00102414 at 417 (emphasis added). Ciena's proposed requires splitting received light, e.g., light from the same source, into two beams that are later recombined, e.g., are made to interfere.



---

[3] I emphasized "recombine" because the signal is being "recombined" with itself, not "combined" with another signal from a separate source.



34

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS



BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS



In my opinion, Oyster's presentation and the testimony of its inventor and patent attorney founder are consistent with how a POSITA would have understood an interferometer, i.e., "a device that splits received light into a first wave and a second wave, delays the first wave relative to the second wave, recombines the delayed first wave and the second wave, and detects an intensity of the recombined waves."

Neither the '500 patent nor the '055 patent, which is incorporated by reference into the '500 patent, change how a POSITA would have understood the term "interferometer." To the contrary, these Oyster patents describe splitting the received light, e.g., incoming signal 23, into a first wave, e.g., OPD, and a second wave, e.g., OP, delaying the first wave, e.g., OPD, relative to the second wave, e.g., OP, recombining the delayed first wave and the second wave, e.g., the recombined signal at 42, and detecting an intensity of the recombined waves, e.g., using the photodetector 38.

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

In more detail, the '500 patent explains that "[t]he interferometer 40 has a coupler/splitter 34, functioning as a **splitter**, and a coupler/ splitter 36, functioning as a **coupler**." '500 patent at 6:36-37. The incoming optical signals, e.g., 22 (teal), "enter interferometer 40 at an input 41 of splitter 34. Splitter 34 splits the light entering input 41, so that the signals 22 [] travel over both a first fiber 43 and a second fiber 45." *Id.* at 6:53-57. This is analogous to the splitting of the incoming signal and recombining required by Ciena's proposed construction.



Fig. 2

'500 patent at Fig. 2 (annotated). The "[s]econd fiber 45 includes a delay fiber 46 which may include a fiber loop of a desired length. Delay fiber 46 then provides an input to coupler 36 which recombines the delayed signal (purple) with the non-delayed signal (green) propagating through fiber 43 . . . at output 42. The physical delay imposed by the interferometer 40 in the second light path through fiber 45, with its delay loop 46, with respect to light passing through the first light path through fiber 43." *Id.* at 6:59-67. This is consistent with how a POSITA would have understood the term "interferometer" and is analogous to Ciena's proposed construction, which requires delaying the first wave, e.g., OPD, relative to the second waive, e.g., OP, and then recombining the delayed first wave and the second wave. Ciena's proposed construction also requires detecting an intensity of the recombined waves. This is described precisely at column 7, lines 19-29.

Output detector 38 then detects no light (orange) and a produces a zero signal. If one of the data bits in the OP and OPD signals represents a zero and the other one represents a one, at the inputs 44 and 47 to coupler 36, the signals (orange) will constructively interfere when recombined at coupler output 42. This is true for both phase-modulated and amplitude-modulated signals. Output detector 38 then detects light and produces an electronic signal representative of a one. When receiving phase-modulated signals or the delayed amplitude modulated signals, detector 38 thus outputs the input data stream DSI.

'500 patent at 7:19-29.

The '500 patent also incorporates by reference U.S. Application No. 09/765,153, which published as U.S. Patent No. 6,594,055 (Ex. I). *Id.* at 5:51-6:19 ("[t]he phase-modulated signals 22 can read by the receiver disclosed in incorporated-by reference U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method.")

The '055 patent includes a receiver 30 that has "a coupler/splitter 31, functioning as a splitter, a light monitoring detector 32, a coupler/splitter 34, functioning as a splitter, and a coupler/ Splitter 36, functioning as a coupler. The coupler 34 and splitter 36 together define part of an interferometer 40. . . ." '055 patent at 4:55-60.



Fig. 1

'055 patent Fig. 1 (annotated).

The "[o]ptical signal 22 (teal) . . . passes to receiver 30. Splitter 31 splits off a portion of the light, directing part of the optical energy to the light monitoring detector 32 and passing the remaining light to the interferometer 40. . . . Optical signal 22 (teal) after passing splitter 31 then enters interferometer 40 at an input 41 of splitter 34. Splitter 34 splits the light entering input 41,

so that the signal OP travels over both a first fiber 43 and a second fiber 45. . . . Second fiber 45 includes a delay fiber 46 which may include a fiber loop of a desired length. Delay fiber 46 then provides an input to coupler 36 which recombines the delayed signal (purple) with the non-delayed signal (green) propagating through fiber 43 . . . at output 42. The physical delay imposed by the interferometer 40 in the second light path through fiber 45, with its delay loop 46, with respect to light passing through the first light path through fiber 43 . . . is selected to match as closely as possible an electronic delay time ED imposed by electronic delay circuit 120 of the controller 18. . . . The light recombining (orange) at output 42 thus recombines the signal OP with a delayed signal OPD, delayed by an amount of time equivalent to the electronic delay time ED. If the data in the OP and OPD signals each represents a zero, or each represents a one, at the inputs 44 and 47 to coupler 36, the signals will destructively interfere when recombined at output 42 of coupler 36. Output detector 38 then detects no light and a produces a zero signal. If one of the data bits in the OP and OPD signals represents a zero and the other one represents a one, at the inputs 44 and 47 to coupler 36, the signals will constructively interfere when recombined at coupler output 42. Output detector 38 then detects light and produces an electronic signal representative of a one." *Id.* at 5:7-67.

The Oyster's '500 patent, and the '055 patent incorporated by reference, each confirm that a POSITA would have understood an interferometer to be "a device that splits received light into a first wave and a second wave, delays the first wave relative to the second wave, recombines the delayed first wave and the second wave, and detects an intensity of the recombined waves."

I am informed that Oyster has proposed that this term be construed as "a receiver having a device that performs a measurement using the interference phenomena produced between one or more signal beams of light and one or more reference beams of light." This construction is too broad because it encompasses an optical "hybrid" and the '500 patent does not describe or enable optical hybrids. Referring again to my course notes, an optical hybrid receives signals from **two sources**, e.g., a signal source $E_s$, and from a local oscillator source, e.g., $E_{LO}$. The '500 patent does not disclose two light source or explain how to actually recover the data from a hybrid,

which requires extremely complete digital signal processing that simply is not described in the '500 patent.



## Optical IQ Hybrid

Signal, $E_s$

Local Oscillator, $E_{LO}$

$\pi/2$

$E_1 = \frac{1}{2}(E_S + E_{LO})$

$E_2 = \frac{1}{2}(E_S - E_{LO})$

$E_3 = \frac{1}{2}(E_S + jE_{LO})$

$E_4 = \frac{1}{2}(E_S - jE_{LO})$

$I$

$Q$

⇨ Flexible to receive different modulation formats/baud rates
⇨ Higher noise tolerance Higher sensitivity with LO
⇨ PMD and CD compensation possible with DSP

ECE228B, Prof. D. J. Blumenthal                                    Section 4 Slide 31

Put simply, a POSITA would not refer to a "hybrid" as an "interferometer." These are two separate concepts used by different types of systems. Oyster's "interferometer" is what is described in Oyster's patents, as confirmed by the inventor, patent attorney, Oyster's internal documentation, and textbooks. Oyster's "interferometer" is not a completely different device called a "hybrid" that is used in more advanced systems.

Moreover, Oyster's construction is broad enough to include interfering N signals, where N is greater than or equal to 1 (i.e., unbounded on the upper limit), with M reference signals, where M is greater than or equal to 1 (i.e., unbounded on the upper limit). Such a broad construction arguably encompasses is known as arrayed waveguide grating routers that separate or combine wavelength division multiplexed signals. Such a construction is outside the scope of this patent and does not present an upper bound, leading to the case where one skilled in the art would have to perform undue experimentation.

40

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS

**D.** **"Laser is Directly Adjacent the Phase-Modulator" (claim 8)**

A POSITA would have understood that claiming the laser to be "directly adjacent" the phase modulator means that the laser is next to the phase modulator with no component in-between. This plain language reading is confirmed by the '500 patent, which describes that the phase modulator 16 is "*directly next to* **or** part of the same package as laser 12." '500 patent at 4:61-64. Had the claim only required that the laser and phase modulator be adjacent one another or part of the same package, a POSITA may have considered the possibility of the laser and phase modulator being adjacent, but not ***directly*** adjacent one another. For example, the '055 patent's figure 1 shows that the laser 12 and phase modulator 16 are adjacent one another with a depolarizer 14 in between.



'055 patent at Fig. 1 (excerpt). But, the use of the word "directly" conveys to a POSITA that there are no components between the laser and phase-modulator. Said differently, a POSITA would have understood the adverb "directly" to mean that there are no components between the phase modulator and laser. This understanding is confirmed by Figure 1 in the '500 patent, which shows the laser 12 and phase modulator 16 directly next to one another with no components in between them.

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS



'500 patent at Fig. 1 (annotated).

## VII.   <u>OVERVIEW OF THE '297 PATENT</u>

The '297 Patent is entitled "Fiber Optic Telecommunications Card with Security Detection." The '297 Patents is generally directed to optical networking. '297 patent at 1:25-27, 2:31–39, 6:48-55. According to the '297 Patent, existing "systems have the disadvantage that the fiber can be easily tapped and are not secure." *Id.* at 1:59-60. Therefore, the '297 Patent describes the invention as "providing secure optical data transmission over optical fiber" by using "tapping detection capabilities." *Id.* at 2:31-36.

The background of the '297 Patent frames the problem to be solved as the vulnerability of optical fiber to security breaches through optical taps: "Existing amplitude modulated systems have the *disadvantage* that the fiber can be easily tapped and are not secure." '297 patent at 1:59-60. The '297 Patent's Summary of the Invention states "[t]he present invention thus permits a card-based transmission system incorporating an energy level detector for optical tap detection." *Id.* at 3:18-22. The Summary further explains that "an object of the present invention is to provide a transceiver card for providing secure optical data transmission over optical fiber. Another alternative or additional object of the present invention is to provide . . . tapping detection capabilities." *Id.* at 2:31-36.

The '297 Patent solves the problem of easily tapped fibers by using a transceiver that "operates in a phase-modulated mode" because "the phase-modulated signals have the advantage that breach detection by the energy level detector work more effectively, since the amplitude of the optical signal is constant and thus a drop in the optical signal level is more easily detected." *Id*. at 4:53-61.

My understanding is confirmed by ████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████
████████████████████████████
████████████████ ██████████████████████████████████████████████████
█████████████████████████████ Namely, utilizing a type of phase modulation

where the amplitude remains constant and detecting taps by identifying drops in the signals

amplitude. *See*, *e.g.*, '297 patent at 4:57-61; 5:20-28 (an amplitude drop may indicate at tap).

Lastly, the '297 patent describes taking advantage of "advances in semiconductor and

optical component packaging" to put the "energy level detector parts along with the optical

transmitter and receiver components" all "on one card." *Id.* at 3:18-26.

**VIII.   297 PATENT CLAIM TERMS**

**A.      "Energy Level Circuit" (claim 1); "Energy Level Detector" (claim 17)**

I have reviewed the parties' proposed constructions and am of the opinion that Ciena's

construction most accurately reflects the meaning of these terms as they would be understood by

a POSITA. The energy level circuit is claimed as being "configured to detect an energy level of

the optical data signal." *See, e.g.*, '297 patent a claim 1. The energy level detector is similarly

claimed by its function—"detecting . . . an energy level of the optical data signal." *Id.* at claim 17.

Claims 1 and 17 each require that the energy level circuit / detector is "affixed to [a] printed

circuit board."

In my opinion, the terms "energy level circuit" and "energy level detector" have no known

structural meaning and there is no description in the claims of how these non-structural terms

perform the claimed detection of the energy level. The claims' broad references to "circuity" and

"detector" do not inform a POSITA as to the specific structure for performing the function of

detecting the energy level.

While the claims do recite a "photodetector" for generating a voltage indicative of the

energy level, the claims do not explain how that voltage is related to the "detection" performed by

the energy level detector. To a POSITA, the energy level circuit and the energy level detector are

black boxes for how to actually detect the energy level, whether or not that detection is connected

to the photodetector's voltage. Turning to the specification, however, it becomes clear that the

corresponding structure for performing the detecting function is a photodetector, an amplifier, and

a comparator, all on a circuit board. *See, e.g.*, '297 patent at 2:50-51(the "energy level detector is

on the card"); 3:30 (same); 3:66-67 (the "energy level circuit is also placed on the printed circuit

board"); 5:40-46 (the energy level detector's photodetector measures the optical signal and outputs a voltage whose level correlates to the optical power); 5:51-67 (the photodetector voltage is scaled by an amplifier); 6:3-16 (the scaled photodetector voltage is compared to thresholds using a comparator that outputs a signal representing whether the energy level of the optical signal is too high, too low, or within an acceptable range); Fig. 3 (circuit 33 having photodetector 153, amplifier 155, and comparator 156 and/or 157).

### B. "Control Electronics to Provide Control Signals, in Accordance with the Data Stream, to the Laser . . ." (claim 14)

The term "control electronics" has no known structural meaning. While a POSITA would have been familiar with the general concept of a controller, the structure or algorithm for providing control signals, *in accordance with the data stream, to the laser*, was not known. I reviewed the claims and specification and find no corresponding structure, material or acts for performing the function of providing control signals to the laser in accordance with the data stream. The closest disclosure I found was the '297 patent's disclosure that the controller 18 "may provide power to laser 12." '297 patent at 2:47-50. This, however, does not explain how the controller would have performed the claimed function of providing control signals to the laser *in accordance with the data stream*. Therefore, in my opinion, the specification does not place a POSITA on sufficient notice regarding what it means to provide control signals to the laser in accordance with the data stream. This is because the specification provides no information as to the structure or algorithm used to provide control signals to the laser in accordance with the data stream. A POSITA simply cannot know what structures or algorithms for providing the control signals to the laser in accordance with the data stream are claimed – and which are not claimed.

### C. "A Low Pass Filter Coupled to an Output of the Photodetector" (claim 18)

A POSITA would have understood "a low pass filter coupled to an output of the photodetector" to mean "a circuit that performs low pass filtering of an output of the photodetector." Although the '297 patent explains that there is the implementations for bounding the optical energy within an acceptable range other than the analog implementation shown in Fig.

3 ('297 patent at 5:24-39), a POSITA would have understood that claim 18 is referring to the analog implementation, which is a circuit that performs low pass filtering of an output of the photodetector.

Specifically, the claimed receiver and energy level detector are affixed to the same circuit board. *See, e.g.*, claim 17 ("an optical receiver affixed to a printed circuit board" and "an energy level detector affixed to the printed circuit board"). The low pass filter and photodetector are components of the energy level circuit. *Id.* (the photodetector generates a voltage "indicative of the energy level of the optical signal" received by the receiver on the printed circuit board); *see also id.* at claim 18 ("a low pass filter *coupled to* an output of the photodetector"). In the claimed analog embodiment, the energy level detector's (33) photodetector (153) is coupled to the low pass filter (154). *See, e.g.*, *id.* at Fig. 3.



Figure 3

(*Id.* at Fig. 3 (annotated).) The '297 patent goes on to explain that the low pass filter 154 filters the electrical signal from the photodetector. *Id.* at 5:46-51. The combination of the claim's requirement that the energy level detector be affixed to the circuit board, the '297 patent's disclosure that the low pass filter is filing a signal output by a photodetector of the energy level circuit, and the claim's requirement that the low pass filter is "coupled to" an output of the photodetector, would have informed a POSITA that the claimed low pass filter is "a circuit that performs low pass filtering of an output of the photodetector."

46

The '297 patent further explains that the low pass filter 154 is an "analog filter." *Id.* at 6:38-41. This would have further informed a POSITA that the low pass filter, which is coupled to the photodetector, is a circuit that performs low pass filtering of an output of the photodetector. Notably, the '297 patent does mention that "***other*** digital filtering ***techniques*** could replace or supplement the filtering provided by [the low pass] analog filter." *Id.* (emphasis added). A POSITA would have understood this disclosure to mean that filtering techniques, *other than* low pass filtering, were possible. But that does not change claim 18's requirement to "low pass filter" or that the specification only discloses techniques for performing low pass filtering with an analog circuit. Moreover, I understand that claim 18 is required to narrow claim 17, from which it depends. With this understanding and the '297 patent's disclosure of low pass filtering with an analog low pass filter circuit, a POSITA would have realized that claim 18's requirement to "couple" the low pass filter to an output of the photodetector, is referring to the analog implementation and not any *other* technique, i.e., a technique other than low pass filtering, that could be performed digitally. Accordingly, in my opinion, POSITA would have understood "a low pass filter coupled to an output of the photodetector" to mean "a circuit that performs low pass filtering of an output of the photodetector."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2021

By: /s/
Dr. Daniel Blumenthal

BLUMENTHAL DECLARATION ISO CIENA'S
PRELIMINARY CLAIM CONSTRUCTIONS