# Exhibit E

*Fundamentals of Photonics*
Bahaa E. A. Saleh, Malvin Carl Teich
Copyright © 1991 John Wiley & Sons, Inc.
ISBNs: 0-471-83965-5 (Hardback); 0-471-2-1374-8 (Electronic)

# FUNDAMENTALS OF PHOTONICS

CIENA00102419

# FUNDAMENTALS OF PHOTONICS

**BAHAA E. A. SALEH**
*Department of Electrical and Computer Engineering*
*University of Wisconsin — Madison*
*Madison, Wisconsin*

**MALVIN CARL TEICH**
*Department of Electrical Engineering*
*Columbia University*
*New York, New York*



A WILEY-INTERSCIENCE PUBLICATION
**JOHN WILEY & SONS, INC.**
NEW YORK / CHICHESTER / BRISBANE / TORONTO / SINGAPORE

CIENA00102420

In recognition of the importance of preserving what has been
written, it is a policy of John Wiley & Sons, Inc., to have books
of enduring value published in the United States printed on
acid-free paper, and we exert our best efforts to that end.

Copyright ©1991 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work
beyond that permitted by Section 107 or 108 of the
1976 United States Copyright Act without the permission
of the copyright owner is unlawful. Requests for
permission or further information should be addressed to
the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging in Publication Data:*

Saleh, Bahaa E. A., 1944–
    Fundamentals of photonics/Bahaa E. A. Saleh, Malvin Carl Teich.
       p. cm.—(Wiley series in pure and applied optics)
    "A Wiley-Interscience publication."
    Includes bibliographical references and index.
    ISBN 0-471-83965-5
    1. Photonics. I. Teich, Malvin Carl. II. Title. III. Series.

    TA1520.S24 1991
    621.36—dc20                                          90-44694
                                                             CIP

Printed in the United States of America

20   19   18   17   16   15   14   13   12

# PREFACE

Optics is an old and venerable subject involving the generation, propagation, and detection of light. Three major developments, which have been achieved in the last thirty years, are responsible for the rejuvenation of optics and for its increasing importance in modern technology: the invention of the laser, the fabrication of low-loss optical fibers, and the introduction of semiconductor optical devices. As a result of these developments, new disciplines have emerged and new terms describing these disciplines have come into use: **electro-optics, optoelectronics, quantum electronics, quantum optics,** and **lightwave technology**. Although there is a lack of complete agreement about the precise usages of these terms, there is a general consensus regarding their meanings.

## Photonics

*Electro-optics* is generally reserved for optical devices in which electrical effects play a role (lasers, and electro-optic modulators and switches, for example). *Optoelectronics,* on the other hand, typically refers to devices and systems that are essentially electronic in nature but involve light (examples are light-emitting diodes, liquid-crystal display devices, and array photodetectors). The term *quantum electronics* is used in connection with devices and systems that rely principally on the interaction of light with matter (lasers and nonlinear optical devices used for optical amplification and wave mixing serve as examples). Studies of the quantum and coherence properties of light lie within the realm of *quantum optics*. The term *lightwave technology* has been used to describe devices and systems that are used in optical communications and optical signal processing.

In recent years, the term **photonics** has come into use. This term, which was coined in analogy with electronics, reflects the growing tie between optics and electronics forged by the increasing role that semiconductor materials and devices play in optical systems. *Electronics* involves the control of electric-charge flow (in vacuum or in matter); *photonics* involves the control of photons (in free space or in matter). The two disciplines clearly overlap since electrons often control the flow of photons and, conversely, photons control the flow of electrons. The term *photonics* also reflects the importance of the photon nature of light in describing the operation of many optical devices.

## Scope

This book provides an introduction to the fundamentals of photonics. The term *photonics* is used broadly to encompass all of the aforementioned areas, including the

v

following:

- The *generation* of coherent light by lasers, and incoherent light by luminescence sources such as light-emitting diodes.
- The *transmission* of light in free space, through conventional optical components such as lenses, apertures, and imaging systems, and through waveguides such as optical fibers.
- The *modulation*, switching, and scanning of light by the use of electrically, acoustically, or optically controlled devices.
- The *amplification* and *frequency conversion* of light by the use of wave interactions in nonlinear materials.
- The *detection* of light.

These areas have found ever-increasing applications in optical communications, signal processing, computing, sensing, display, printing, and energy transport.

## Approach and Presentation

The underpinnings of photonics are provided in a number of chapters that offer concise introductions to:

- The four theories of light (each successively more advanced than the preceding): ray optics, wave optics, electromagnetic optics, and photon optics.
- The theory of interaction of light with matter.
- The theory of semiconductor materials and their optical properties.

These chapters serve as basic building blocks that are used in other chapters to describe the *generation* of light (by lasers and light-emitting diodes); the *transmission* of light (by optical beams, diffraction, imaging, optical waveguides, and optical fibers); the *modulation* and switching of light (by the use of electro-optic, acousto-optic, and nonlinear-optic devices); and the *detection* of light (by means of photodetectors). Many applications and examples of real systems are provided so that the book is a blend of theory and practice. The final chapter is devoted to the study of fiber-optic communications, which provides an especially rich example in which the generation, transmission, modulation, and detection of light are all part of a single photonic system used for the transmission of information.

The theories of light are presented at progressively increasing levels of difficulty. Thus light is described first as rays, then scalar waves, then electromagnetic waves, and finally, photons. Each of these descriptions has its domain of applicability. Our approach is to draw from the simplest theory that adequately describes the phenomenon or intended application. Ray optics is therefore used to describe imaging systems and the confinement of light in waveguides and optical resonators. Scalar wave theory provides a description of optical beams, which are essential for the understanding of lasers, and of Fourier optics, which is useful for describing coherent optical systems and holography. Electromagnetic theory provides the basis for the polarization and dispersion of light, and the optics of guided waves, fibers, and resonators. Photon optics serves to describe the interactions of light with matter, explaining such processes as light generation and detection, and light mixing in nonlinear media.

CIENA00102423

## Intended Audience

*Fundamentals of Photonics* is meant to serve as:

- An introductory textbook for students in electrical engineering or applied physics at the senior or first-year graduate level.
- A self-contained work for self-study.
- A text for programs of continuing professional development offered by industry, universities, and professional societies.

The reader is assumed to have a background in engineering or applied physics, including courses in modern physics, electricity and magnetism, and wave motion. Some knowledge of linear systems and elementary quantum mechanics is helpful but not essential. Our intent has been to provide an introduction to photonics that emphasizes the concepts governing applications of current interest. The book should, therefore, not be considered as a compendium that encompasses all photonic devices and systems. Indeed, some areas of photonics are not included at all, and many of the individual chapters could easily have been expanded into separate monographs.

## Organization

The book consists of four parts: **Optics and Fiber Optics** (Chapters 1 to 10), **Quantum Electronics** (Chapters 11 to 14), **Optoelectronics** (Chapters 15 to 17), and **Electro-Optics and Lightwave Technology** (Chapters 18 to 22). The form of the book is modular so that it can be used by readers with different needs; it also provides instructors an opportunity to select topics for different courses. Essential material from one chapter is often briefly summarized in another to make each chapter as self-contained as possible. For example, at the beginning of Chapter 22 (Fiber-Optic Communications), relevant material from earlier chapters that describe fibers, light sources, and detectors is briefly reviewed. This places the important features of the various components at the disposal of the reader before the chapter proceeds with a discussion of the design and performance of the overall communication system that makes use of these components.

Recognizing the different degrees of mathematical sophistication of the intended readership, we have endeavored to present difficult concepts in two steps: at an introductory level providing physical insight and motivation, followed by a more advanced analysis. This approach is exemplified by the treatment in Chapter 18 (Electro-Optics) in which the subject is first presented using scalar notation, and then treated again using tensor notation.

Commonly accepted notation and symbols have been used wherever possible. Because of the broad spectrum of topics covered, however, there are a good number of symbols that have multiple meanings; a list of symbols is provided at the end of the book to help clarify symbol usage. Important equations are highlighted by boxes to simplify future retrieval. Sections dealing with material of a more advanced nature are indicated by asterisks and may be omitted if desired. Summaries are provided throughout the chapters at points where a recapitulation is deemed useful because of the involved nature of the material.

## Representative Courses

The chapters of this book may be combined in various ways for use in semester or quarter courses. Representative examples of such courses are provided below. Some of

these courses may be offered as part of a sequence. Other selections may also be made to suit the particular objectives of instructors and students.

### Optics
Background: Chapter 1 (Ray Optics) and Chapter 2 (Wave Optics)
Chapter 3 (Beam Optics)
Chapter 4 (Fourier Optics)
Chapter 5 (Electromagnetic Optics)
Chapter 6 (Polarization and Crystal Optics)
Chapter 7 (Guided-Wave Optics)
Chapter 10 (Statistical Optics)

### Optical Information Processing
Background: Chapter 1 (Ray Optics) and Chapter 2 (Wave Optics)
Chapter 4 (Fourier Optics)
Chapter 10 (Statistical Optics)
Chapter 18 (Electro-Optics)
Chapter 20 (Acousto-Optics)
Chapter 21 (Photonic Switching and Computing)

### Lasers or Quantum Electronics
Background: Chapter 1 (Ray Optics); Chapter 2 (Wave Optics); and Chapter 15 (Photons in Semiconductors, Section 15.1)
Chapter 3 (Beam Optics)
Chapter 9 (Resonator Optics)
Chapter 11 (Photon Optics)
Chapter 12 (Photons and Atoms)
Chapter 13 (Laser Amplifiers)
Chapter 14 (Lasers)
Chapter 15 (Photons in Semiconductors, Section 15.2)
Chapter 16 (Semiconductor Photon Sources, Sections 16.2 and 16.3)

### Optoelectronics
Background: Chapter 6 (Polarization and Crystal Optics); Chapter 11 (Photon Optics, Sections 11.1A and 11.2); Chapter 12 (Photons and Atoms, Sections 12.1 and 12.2); Chapter 13 (Laser Amplifiers, Section 13.1); Chapter 14 (Lasers, Sections 14.1 and 14.2); and Chapter 15 (Photons in Semiconductors, Section 15.1)
Chapter 15 (Photons in Semiconductors, Section 15.2)
Chapter 16 (Semiconductor Photon Sources)
Chapter 17 (Semiconductor Photon Detectors)
Chapter 18 (Electro-Optics)
Chapter 21 (Photonic Switching and Computing, Sections 21.1 to 21.3)
Chapter 22 (Fiber-Optic Communications)

### Optical Electronics and Communications
Background: Chapter 1 (Ray Optics); Chapter 2 (Wave Optics); and Chapter 15 (Photons in Semiconductors, Section 15.1)
Chapter 9 (Resonator Optics, Section 9.1)
Chapter 11 (Photon Optics, Sections 11.1 and 11.2)

CIENA00102425

Chapter 12 (Photons and Atoms)
Chapter 13 (Laser Amplifiers)
Chapter 14 (Lasers, Sections 14.1 and 14.2)
Chapter 15 (Photons in Semiconductors, Section 15.2)
Chapter 16 (Semiconductor Photon Sources)
Chapter 17 (Semiconductor Photon Detectors)
Chapter 22 (Fiber-Optic Communications)

**Lightwave Devices**
Background: Chapter 5 (Electromagnetic Optics); Chapter 9 (Resonator Optics, Section 9.1); Chapter 11 (Photon Optics, Sections 11.1A and 11.2); Chapter 12 (Photons and Atoms, Sections 12.1 and 12.2); and Chapter 15 (Photons in Semiconductors)
Chapter 6 (Polarization and Crystal Optics)
Chapter 7 (Guided-Wave Optics)
Chapter 8 (Fiber Optics)
Chapter 16 (Semiconductor Photon Sources)
Chapter 17 (Semiconductor Photon Detectors)
Chapter 18 (Electro-Optics)
Chapter 19 (Nonlinear Optics)
Chapter 20 (Acousto-Optics)

**Fiber-Optic Communications** or **Lightwave Systems**
Background: Chapter 5 (Electromagnetic Optics); Chapter 6 (Polarization and Crystal Optics); Chapter 9 (Resonator Optics, Section 9.1); Chapter 11 (Photon Optics, Sections 11.1A and 11.2); and Chapter 12 (Photons and Atoms, Sections 12.1 and 12.2)
Chapter 7 (Guided-Wave Optics)
Chapter 8 (Fiber Optics)
Chapter 15 (Photons in Semiconductors, Section 15.2)
Chapter 16 (Semiconductor Photon Sources)
Chapter 17 (Semiconductor Photon Detectors)
Chapter 21 (Photonic Switching and Computing, Sections 21.1 to 21.3)
Chapter 22 (Fiber-Optic Communications)

## Problems, Reading Lists, and Appendices

A set of problems is provided at the end of each chapter. Problems are numbered in accordance with the chapter sections to which they apply. Quite often, problems deal with ideas or applications not mentioned in the text, analytical derivations, and numerical computations designed to illustrate the magnitudes of important quantities. Problems marked with asterisks are of a more advanced nature. A number of exercises also appear within the text of each chapter to help the reader develop a better understanding of (or to introduce an extension of) the material.

Appendices summarize the properties of one- and two-dimensional Fourier transforms, linear-systems theory, and modes of linear systems (which are important in polarization devices, optical waveguides, and resonators); these are called upon at appropriate points throughout the book. Each chapter ends with a reading list that includes a selection of important books, review articles, and a few classic papers of special significance.

CIENA00102426

## Acknowledgments

We are grateful to many colleagues for reading portions of the text and providing helpful comments: Govind P. Agrawal, David H. Auston, Rasheed Azzam, Nikolai G. Basov, Franco Cerrina, Emmanuel Desurvire, Paul Diament, Eric Fossum, Robert J. Keyes, Robert H. Kingston, Rodney Loudon, Leonard Mandel, Leon McCaughan, Richard M. Osgood, Jan Peřina, Robert H. Rediker, Arthur L. Schawlow, S. R. Seshadri, Henry Stark, Ferrel G. Stremler, John A. Tataronis, Charles H. Townes, Patrick R. Trischitta, Wen I. Wang, and Edward S. Yang.

We are especially indebted to John Whinnery and Emil Wolf for providing us with many suggestions that greatly improved the presentation.

Several colleagues used portions of the notes in their classes and provided us with invaluable feedback. These include Etan Bourkoff at Johns Hopkins University (now at the University of South Carolina), Mark O. Freeman at the University of Colorado, George C. Papen at the University of Illinois, and Paul R. Prucnal at Princeton University.

Many of our students and former students contributed to this material in various ways over the years and we owe them a great debt of thanks: Gaetano L. Aiello, Mohamad Asi, Richard Campos, Buddy Christyono, Andrew H. Cordes, Andrew David, Ernesto Fontenla, Evan Goldstein, Matthew E. Hansen, Dean U. Hekel, Conor Heneghan, Adam Heyman, Bradley M. Jost, David A. Landgraf, Kanghua Lu, Ben Nathanson, Winslow L. Sargeant, Michael T. Schmidt, Raul E. Sequeira, David Small, Kraisin Songwatana, Nikola S. Subotic, Jeffrey A. Tobin, and Emily M. True. Our thanks also go to the legions of unnamed students who, through a combination of vigilance and the desire to understand the material, found countless errors.

We particularly appreciate the many contributions and help of those students who were intimately involved with the preparation of this book at its various stages of completion: Niraj Agrawal, Suzanne Keilson, Todd Larchuk, Guifang Li, and Philip Tham.

We are grateful for the assistance given to us by a number of colleagues in the course of collecting the photographs used at the beginnings of the chapters: E. Scott Barr, Nicolaas Bloembergen, Martin Carey, Marjorie Graham, Margaret Harrison, Ann Kottner, G. Thomas Holmes, John Howard, Theodore H. Maiman, Edward Palik, Martin Parker, Aleksandr M. Prokhorov, Jarus Quinn, Lesley M. Richmond, Claudia Schüler, Patrick R. Trischitta, J. Michael Vaughan, and Emil Wolf. Specific photo credits are as follows: AIP Meggers Gallery of Nobel Laureates (Gabor, Townes, Basov, Prokhorov, W. L. Bragg); AIP Niels Bohr Library (Rayleigh, Frauenhofer, Maxwell, Planck, Bohr, Einstein in Chapter 12, W. H. Bragg); Archives de l'Académie des Sciences de Paris (Fabry); The Astrophysical Journal (Perot); AT & T Bell Laboratories (Shockley, Brattain, Bardeen); Bettmann Archives (Young, Gauss, Tyndall); Bibliothèque Nationale de Paris (Fermat, Fourier, Poisson); Burndy Library (Newton, Huygens); Deutsches Museum (Hertz); ETH Bibliothek (Einstein in Chapter 11); Bruce Fritz (Saleh); Harvard University (Bloembergen); Heidelberg University (Pockels); Kelvin Museum of the University of Glasgow (Kerr); Theodore H. Maiman (Maiman); Princeton University (von Neumann); Smithsonian Institution (Fresnel); Stanford University (Schawlow); Emil Wolf (Born, Wolf). Corning Incorporated kindly provided the photograph used at the beginning of Chapter 8. We are grateful to GE for the use of their logotype, which is a registered trademark of the General Electric Company, at the beginning of Chapter 16. The IBM logo at the beginning of Chapter 16 is being used with special permission from IBM. The right-most logotype at the beginning of Chapter 16 was supplied courtesy of Lincoln Laboratory, Massachusetts Institute of Technology. AT & T Bell Laboratories kindly permitted us use of the diagram at the beginning of Chapter 22.

We greatly appreciate the continued support provided to us by the National Science Foundation, the Center for Telecommunications Research, and the Joint Services Electronics Program through the Columbia Radiation Laboratory.

Finally, we extend our sincere thanks to our editors, George Telecki and Bea Shube, for their guidance and suggestions throughout the course of preparation of this book.

BAHAA E. A. SALEH

*Madison, Wisconsin*

MALVIN CARL TEICH

*New York, New York*
*April 3, 1991*

# CONTENTS

## CHAPTER 1

### RAY OPTICS     1

1.1   Postulates of Ray Optics     3
1.2   Simple Optical Components     6
1.3   Graded-Index Optics     18
1.4   Matrix Optics     26
      Reading List     37
      Problems     39

## CHAPTER 2

### WAVE OPTICS     41

2.1   Postulates of Wave Optics     43
2.2   Monochromatic Waves     44
2.3   Relation Between Wave Optics and Ray Optics     52
2.4   Simple Optical Components     53
2.5   Interference     63
2.6   Polychromatic Light     72
      Reading List     77
      Problems     78

## CHAPTER 3

### BEAM OPTICS     80

3.1   The Gaussian Beam     81
3.2   Transmission Through Optical Components     92
3.3   Hermite – Gaussian Beams     100
3.4   Laguerre – Gaussian and Bessel Beams     104
      Reading List     106
      Problems     106

CIENA00102429

# CHAPTER 4

## FOURIER OPTICS    108

4.1  Propagation of Light in Free Space    111
4.2  Optical Fourier Transform    121
4.3  Diffraction of Light    127
4.4  Image Formation    135
4.5  Holography    143
     Reading List    151
     Problems    153


# CHAPTER 5

## ELECTROMAGNETIC OPTICS    157

5.1  Electromagnetic Theory of Light    159
5.2  Dielectric Media    162
5.3  Monochromatic Electromagnetic Waves    167
5.4  Elementary Electromagnetic Waves    169
5.5  Absorption and Dispersion    174
5.6  Pulse Propagation in Dispersive Media    182
     Reading List    191
     Problems    191


# CHAPTER 6

## POLARIZATION AND CRYSTAL OPTICS    193

6.1  Polarization of Light    195
6.2  Reflection and Refraction    203
6.3  Optics of Anisotropic Media    210
6.4  Optical Activity and Faraday Effect    223
6.5  Optics of Liquid Crystals    227
6.6  Polarization Devices    230
     Reading List    234
     Problems    235


# CHAPTER 7

## GUIDED-WAVE OPTICS    238

7.1  Planar-Mirror Waveguides    240
7.2  Planar Dielectric Waveguides    248
7.3  Two-Dimensional Waveguides    258
7.4  Optical Coupling in Waveguides    261
     Reading List    269
     Problems    270

CIENA00102430

# CHAPTER 8

## FIBER OPTICS                                          272

8.1  Step-Index Fibers                                  274
8.2  Graded-Index Fibers                                287
8.3  Attenuation and Dispersion                         296
     Reading List                                       306
     Problems                                           307

# CHAPTER 9

## RESONATOR OPTICS                                      310

9.1  Planar-Mirror Resonators                           312
9.2  Spherical-Mirror Resonators                        327
     Reading List                                       339
     Problems                                            340

# CHAPTER 10

## STATISTICAL OPTICS                                    342

10.1 Statistical Properties of Random Light             344
10.2 Interference of Partially Coherent Light           360
10.3 Transmission of Partially Coherent Light Through
     Optical Systems                                    366
10.4 Partial Polarization                               376
     Reading List                                       380
     Problems                                            381

# CHAPTER 11

## PHOTON OPTICS                                         384

11.1 The Photon                                         386
11.2 Photon Streams                                     398
11.3 Quantum States of Light                            411
     Reading List                                       416
     Problems                                            418

# CHAPTER 12

## PHOTONS AND ATOMS                                     423

12.1 Atoms, Molecules, and Solids                       424
12.2 Interactions of Photons with Atoms                 434
12.3 Thermal Light                                      450
12.4 Luminescence Light                                 454
     Reading List                                       457
     Problems                                            458

CIENA00102431

# CHAPTER 13

### LASER AMPLIFIERS                                           460

13.1 The Laser Amplifier                                    463
13.2 Amplifier Power Source                                 468
13.3 Amplifier Nonlinearity and Gain Saturation            480
13.4 Amplifier Noise                                        488
     Reading List                                          489
     Problems                                              491


# CHAPTER 14

### LASERS                                                     494

14.1 Theory of Laser Oscillation                           496
14.2 Characteristics of the Laser Output                   503
14.3 Pulsed Lasers                                         522
     Reading List                                          536
     Problems                                              538


# CHAPTER 15

### PHOTONS IN SEMICONDUCTORS                                  542

15.1 Semiconductors                                        544
15.2 Interactions of Photons with Electrons
     and Holes                                             573
     Reading List                                          588
     Problems                                              590


# CHAPTER 16

### SEMICONDUCTOR PHOTON SOURCES                               592

16.1 Light-Emitting Diodes                                 594
16.2 Semiconductor Laser Amplifiers                        609
16.3 Semiconductor Injection Lasers                        619
     Reading List                                          638
     Problems                                              640


# CHAPTER 17

### SEMICONDUCTOR PHOTON DETECTORS                             644

17.1 Properties of Semiconductor Photodetectors            648
17.2 Photoconductors                                       654
17.3 Photodiodes                                           657
17.4 Avalanche Photodiodes                                 666

CIENA00102432

17.5  Noise in Photodetectors                                673
      Reading List                                           691
      Problems                                               692

# CHAPTER 18

## ELECTRO-OPTICS                                             696

18.1  Principles of Electro-Optics                           698
18.2  Electro-Optics of Anisotropic Media                    712
18.3  Electro-Optics of Liquid Crystals                      721
18.4  Photorefractive Materials                              729
      Reading List                                           733
      Problems                                               735

# CHAPTER 19

## NONLINEAR OPTICS                                           737

19.1  Nonlinear Optical Media                                739
19.2  Second-Order Nonlinear Optics                          743
19.3  Third-Order Nonlinear Optics                           751
19.4  Coupled-Wave Theory of Three-Wave Mixing               762
19.5  Coupled-Wave Theory of Four-Wave Mixing                774
19.6  Anisotropic Nonlinear Media                            779
19.7  Dispersive Nonlinear Media                             782
19.8  Optical Solitons                                       786
      Reading List                                           793
      Problems                                               796

# CHAPTER 20

## ACOUSTO-OPTICS                                             799

20.1  Interaction of Light and Sound                         802
20.2  Acousto-Optic Devices                                  815
20.3  Acousto-Optics of Anisotropic Media                    825
      Reading List                                           830
      Problems                                               830

# CHAPTER 21

## PHOTONIC SWITCHING AND COMPUTING                           832

21.1  Photonic Switches                                      833
21.2  All-Optical Switches                                   840
21.3  Bistable Optical Devices                               843
21.4  Optical Interconnections                               855

CIENA00102433

21.5 Optical Computing                                    862
     Reading List                                        870
     Problems                                            872


# CHAPTER 22

## FIBER-OPTIC COMMUNICATIONS                            874

22.1 Components of the Optical Fiber Link                876
22.2 Modulation, Multiplexing, and Coupling             887
22.3 System Performance                                 893
22.4 Receiver Sensitivity                               903
22.5 Coherent Optical Communications                    907
     Reading List                                        913
     Problems                                            915


# APPENDIX A

## FOURIER TRANSFORM                                      918

A.1  One-Dimensional Fourier Transform                  918
A.2  Time Duration and Spectral Width                   921
A.3  Two-Dimensional Fourier Transform                  924
     Reading List                                        927


# APPENDIX B

## LINEAR SYSTEMS                                         928

B.1  One-Dimensional Linear Systems                     928
B.2  Two-Dimensional Linear Systems                     931


# APPENDIX C

## MODES OF LINEAR SYSTEMS                                934

## SYMBOLS                                                937

## INDEX                                                  949

# FUNDAMENTALS OF PHOTONICS

CIENA00102435



**Figure 2.5-2** Dependence of the intensity $I$ of the superposition of two waves, each of intensity $I_0$, on the delay distance $d$. When the delay distance is a multiple of $\lambda$, the interference is constructive; when it is an odd multiple of $\lambda/2$, the interference is destructive.

difference $\varphi$, the total intensity may be smaller than $I_1 + I_2$ at some positions and greater than $I_1 + I_2$ at others, with the total power (integral of the intensity) conserved.

### Interferometers

Consider the superposition of two plane waves, each of intensity $I_0$, propagating in the $z$ direction, and assume that one wave is delayed by a distance $d$ with respect to the other so that $U_1 = I_0^{1/2} \exp(-jkz)$ and $U_2 = I_0^{1/2} \exp[-jk(z - d)]$. The intensity $I$ of the sum of these two waves can be determined by substituting $I_1 = I_2 = I_0$ and $\varphi = kd = 2\pi d/\lambda$ into the interference equation (2.5-4),

$$I = 2I_0\left[1 + \cos\left(2\pi\frac{d}{\lambda}\right)\right]. \qquad (2.5\text{-}6)$$

The dependence of $I$ on the delay $d$ is sketched in Fig. 2.5-2. If the delay is an integer multiple of $\lambda$, complete constructive interference occurs and the total intensity $I = 4I_0$. On the other hand, if $d$ is an odd integer multiple of $\lambda/2$, complete destructive interference occurs and $I = 0$. The average intensity is the sum of the two intensities $2I_0$.

An **interferometer** is an optical instrument that splits a wave into two waves using a beamsplitter, delays them by unequal distances, redirects them using mirrors, recombines them using another (or the same) beamsplitter, and detects the intensity of their superposition. Three important examples, the **Mach–Zehnder interferometer**, the **Michelson interferometer**, and the **Sagnac interferometer**, are illustrated in Fig. 2.5-3.

Since the intensity $I$ is sensitive to the phase $\varphi = 2\pi d/\lambda = 2\pi nd/\lambda_o = 2\pi n\nu d/c_o$, where $d$ is the difference between the distances traveled by the two waves, the interferometer can be used to measure small variations of the distance $d$, the refractive index $n$, or the wavelength $\lambda_o$ (or frequency $\nu$). For example, if $d/\lambda_o = 10^4$, a change $\Delta n = 10^{-4}$ of the refractive index corresponds to a phase change $\Delta\varphi = 2\pi$. Also, the phase $\varphi$ changes by a full $2\pi$ if $d$ changes by a wavelength $\lambda$. An incremental change of the frequency $\Delta\nu = c/d$ has the same effect. Interferometers can serve as spectrometers, which measure the spectrum of polychromatic light (see Sec. 10.2B). In the Sagnac interferometer the optical paths are identical but opposite, so that rotation of the interferometer results in a phase shift $\varphi$ proportional to the angular velocity of rotation. This system is therefore often used as a gyroscope.[†]

### Interference of Two Oblique Plane Waves

Consider now the interference of two plane waves of equal intensities—one propagating in the $z$ direction $U_1 = I_0^{1/2} \exp(-jkz)$, and the other at an angle $\theta$ with the $z$ axis

---

[†]See, e.g., E. Hecht and A. Zajac, *Optics*, Addison-Wesley, Reading, MA, 1974.

CIENA00102436



**Figure 2.5-3**  Interferometers: (*a*) Mach–Zehnder interferometer; (*b*) Michelson interferometer; (*c*) Sagnac interferometer. A wave $U_0$ is split into two waves $U_1$ and $U_2$. After traveling through different paths, the waves are recombined into a superposition wave $U = U_1 + U_2$ whose intensity is recorded. The waves are split and recombined using beamsplitters. In the Sagnac interferometer the two waves travel through the same path in opposite directions.

in the *x-z* plane, $U_2 = I_0^{1/2} \exp[-j(k \cos \theta z + k \sin \theta x)]$, as illustrated in Fig. 2.5-4. At the $z = 0$ plane the two waves have a phase difference $\varphi = kx \sin \theta$, so that the interference equation (2.5-4) yields the total intensity:

$$I = 2I_0[1 + \cos(k \sin \theta x)]. \tag{2.5-7}$$

This pattern varies sinusoidally with *x*, with period $2\pi/k \sin \theta = \lambda/\sin \theta$, as shown in Fig. 2.5-4. If $\theta = 30°$, for example, the period is $2\lambda$. This suggests a method of printing a sinusoidal pattern of high resolution for use as a diffraction grating. It also suggests a method of monitoring the angle of arrival $\theta$ of a wave by mixing it with a reference

CIENA00102437



**Figure 2.5-4**   The interference of two plane waves at an angle $\theta$ results in a sinusoidal intensity pattern of period $\lambda/\sin\theta$.

wave and recording the resultant intensity distribution. As discussed in Sec. 4.5, this is the principle behind holography.

### EXERCISE 2.5-1

**Interference of a Plane Wave and a Spherical Wave.**   A plane wave of complex amplitude $A_1 \exp(-jkz)$ and a spherical wave approximated by the paraboloidal wave of complex amplitude $(A_2/z) \exp(-jkz) \exp[-jk(x^2 + y^2)/2z]$ [see (2.2-16)], interfere in the $z = d$ plane. Derive an expression for the total intensity $I(x, y, d)$. Verify that the locus of points of zero intensity is a set of concentric rings, as illustrated in Fig. 2.5-5.



**Figure 2.5-5**   The interference of a plane wave and a spherical wave creates a pattern of concentric rings (illustrated at the plane $z = d$).

### EXERCISE 2.5-2

**Interference of Two Spherical Waves.**   Two spherical waves of equal intensity $I_0$, originating at the points $(a, 0, 0)$ and $(-a, 0, 0)$ interfere in the plane $z = d$ as illustrated in Fig. 2.5-6. The system is similar to that used by Thomas Young in his celebrated double-slit

CIENA00102438



**Figure 2.5-6**  Interference of two spherical waves of equal intensities originating at the points $P_1$ and $P_2$. The two waves can be obtained by permitting a plane wave to impinge on two pinholes in a screen. The light intensity at an observation plane a large distance $d$ away takes the form of a sinusoidal pattern with period $\approx \lambda/\theta$.

experiment in which he demonstrated interference. Use the paraboloidal approximation for the spherical waves to show that the detected intensity is

$$I(x, y, d) = 2I_0\left(1 + \cos\frac{2\pi x\theta}{\lambda}\right),$$    (2.5-8)

where $\theta = 2a/d$ is approximately the angle subtended by the centers of the two waves at the observation plane. The intensity pattern is periodic with period $\lambda/\theta$.

## B.  Multiple-Wave Interference

When $M$ monochromatic waves of complex amplitudes $U_1, U_2, \ldots, U_M$ and the same frequency are added, the result is a monochromatic wave with complex amplitude $U = U_1 + U_2 + \cdots + U_M$. Knowing the intensities of the individual waves, $I_1, I_2, \ldots, I_M$, is not sufficient to determine the total intensity $I = |U|^2$ since the relative phases must also be known. The role played by the phase is dramatically illustrated by the following examples.

### Interference of M Waves of Equal Amplitudes and Equal Phase Differences
We first examine the interference of $M$ waves with complex amplitudes

$$U_m = I_0^{1/2} \exp[j(m-1)\varphi], \qquad m = 1, 2, \ldots, M.$$    (2.5-9)

The waves have equal intensities $I_0$, and phase difference $\varphi$ between successive waves, as illustrated in Fig. 2.5-7($a$). To derive an expression for the intensity of the superposition, it is convenient to introduce $h = \exp(j\varphi)$, and write $U_m = I_0^{1/2}h^{m-1}$. The complex amplitude of the superposed wave is then

$$U = I_0^{1/2}(1 + h + h^2 + \cdots + h^{M-1}) = I_0^{1/2}\frac{1-h^M}{1-h}$$

$$= I_0^{1/2}\frac{1 - \exp(jM\varphi)}{1 - \exp(j\varphi)},$$

CIENA00102439



**Figure 2.5-7** (*a*) The sum of $M$ phasors of equal magnitudes and equal phase differences. (*b*) The intensity $I$ as a function of $\varphi$. The peak intensity occurs when all the phasors are aligned; it is $M$ times greater than the mean intensity $\bar{I} = MI_0$. In this graph $M = 5$.

and the corresponding intensity is

$$I = |U|^2 = I_0 \left| \frac{\exp(-jM\varphi/2) - \exp(jM\varphi/2)}{\exp(-j\varphi/2) - \exp(j\varphi/2)} \right|^2,$$

from which

$$I = I_0 \frac{\sin^2(M\varphi/2)}{\sin^2(\varphi/2)}.$$

$$(2.5\text{-}10)$$
Interference of
$M$ Waves

The intensity $I$ is strongly dependent on the phase difference $\varphi$, as illustrated in Fig. 2.5-7(*b*) for $M = 5$. When $\varphi = 2\pi q$, where $q$ is an integer, all the phasors are aligned so that the amplitude of the total wave is $M$ times that of an individual component, and the intensity reaches its peak value of $M^2 I_0$. The mean intensity averaged over a uniform distribution of $\varphi$ is $\bar{I} = (1/2\pi)\int_0^{2\pi} I\, d\varphi = MI_0$, which is the result obtained in the absence of interference. The peak intensity is therefore $M$ times greater than the mean intensity. If $M$ is large, the sensitivity to the phase can be dramatic since the peak intensity will be much greater than the mean intensity. For a phase difference $\varphi$ slightly different from $2\pi q$, the intensity drops sharply. In particular, when it is $2\pi/M$ the intensity is zero. A comparison of Fig. 2.5-7(*b*) for $M = 5$ with Fig. 2.5-2 for $M = 2$ is instructive.

### EXERCISE 2.5-3

**Bragg Reflection.**  Light is reflected at an angle $\theta$ from $M$ parallel reflecting planes separated by a distance $d$ as shown in Fig. 2.5-8. Assume that only a small fraction of the light is reflected from each plane, so that the amplitudes of the $M$ reflected waves are

CIENA00102440



**Figure 2.5-8** Reflection of a plane wave from $M$ planes separated from each other by a distance $d$. The reflected waves interfere constructively and yield maximum intensity when the angle $\theta$ is the Bragg angle.

approximately equal. Show that the reflected waves have a phase difference $\varphi = k(2d \sin \theta)$ and that the angle $\theta$ at which the intensity of the total reflected light is maximum satisfies

$$\sin \theta = \frac{\lambda}{2d}. \qquad \text{(2.5-11)}$$

(2.5-11)
Bragg Angle

This angle is known as the Bragg angle. Such reflections are encountered when x-ray waves are reflected from atomic planes in crystalline structures. It also occurs when light is reflected from a periodic structure created by an acoustic wave (see Chap. 20).

### Interference of an Infinite Number of Waves of Progressively Smaller Amplitudes and Equal Phase Differences

We now examine the superposition of an infinite number of waves with equal phase differences and with amplitudes that decrease at a geometric rate,

$$U_1 = I_0^{1/2}, \quad U_2 = hU_1, \quad U_3 = hU_2 = h^2 U_1, \quad \ldots, \qquad \text{(2.5-12)}$$

where $h = r e^{j\varphi}$, $|h| = r < 1$, and $I_0$ is the intensity of the initial wave. The amplitude of the $m$th wave is smaller than that of the $(m-1)$st wave by the factor $r$ and the phase differs by $\varphi$. The phasor diagram is shown in Fig. 2.5-9(a).

The superposition wave has a complex amplitude

$$U = U_1 + U_2 + U_3 + \cdots$$

$$= I_0^{1/2}(1 + h + h^2 + \cdots)$$

$$= \frac{I_0^{1/2}}{1 - h} = \frac{I_0^{1/2}}{1 - r e^{j\varphi}}. \qquad \text{(2.5-13)}$$

CIENA00102441

The intensity $I = |U|^2 = I_0/|1 - \prime e^{j\varphi}|^2 = I_0/[(1 - \prime \cos \varphi)^2 + \prime^2 \sin^2\varphi]$, from which

$$I = \frac{I_0}{(1 - \prime)^2 + 4\prime \sin^2(\varphi/2)}. \qquad (2.5\text{-}14)$$

It is convenient to write this equation in the form

$$\boxed{I = \frac{I_{max}}{1 + (2\mathscr{F}/\pi)^2 \sin^2(\varphi/2)}}, \qquad (2.5\text{-}15)$$

Intensity of an
Infinite Number
of Waves

where

$$I_{max} = \frac{I_0}{(1 - \prime)^2} \qquad (2.5\text{-}16)$$

and the quantity

$$\boxed{\mathscr{F} = \frac{\pi \prime^{1/2}}{1 - \prime}} \qquad (2.5\text{-}17)$$

Finesse

is a parameter called the **finesse**.

The intensity $I$ is a periodic function of $\varphi$ with period $2\pi$, as illustrated in Fig. 2.5-9($b$). It reaches its maximum value $I_{max}$ when $\varphi = 2\pi q$, where $q$ is an integer. This occurs when the phasors align to form a straight line. (This result is not unlike that displayed in Fig. 2.5-7($b$) for the interference of $M$ waves of equal amplitudes and equal phase differences.) When the finesse $\mathscr{F}$ is large (i.e., the factor $\prime$ is close to 1), $I$ becomes a sharply peaked function of $\varphi$. Consider, for example, values of $\varphi$ near the



(a)                                    (b)

**Figure 2.5-9**  ($a$) The sum of an infinite number of phasors whose magnitudes are successively reduced at a geometric rate and whose phase differences $\varphi$ are equal. ($b$) Dependence of the intensity $I$ on the phase difference $\varphi$ for two values of $\mathscr{F}$. Peak values occur at $\varphi = 2\pi q$. The width (FWHM) of each peak is approximately $2\pi/\mathscr{F}$ when $\mathscr{F} \gg 1$. The sharpness of the peaks increases with increasing $\mathscr{F}$.

CIENA00102442