RUSS, AUGUST & KABAT
Marc A. Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff Oyster Optics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>               Plaintiff,<br><br>     vs.<br><br>CIENA CORPORATION,<br><br>               Defendant. | CASE NO. 4:20-cv-02354-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO FILE REPLY CLAIM CONSTRUCTION BRIEF AND TO EXTEND ASSOCIATED CLAIM CONSTRUCTION DEADLINES**<br><br>*As Modified by the Court* |

Pursuant to Civil L.R. 6-1 and 6-2, Oyster Optics, LLC ("Oyster") and Ciena Corporation ("Ciena") file this Stipulation requesting that the deadline for Oyster to file its Reply Claim Construction brief be extended by one-week. This request is supported by the attached Declaration of Paul A. Kroeger, and based on the fact that most of Oyster's trial team is presently involved in trial in another matter, and both parties are presently engaged in preparing expert reports in the related case in front of this Court. Accordingly, Oyster requires additional time to fully respond to Ciena's claim construction arguments and both parties require additional time to prepare the claim construction tutorial. Moreover, both Oyster and Ciena are involved in expert reports and associated deadlines in the related action pending in this Court. No other deadlines, including deadlines associated with the claim construction hearing will be effected by the requested extension.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1.  The time to file a Reply Claim Construction Brief shall be extended from March 8, 2021 to March 15, 2021;

2.  The Technology Tutorial ~~shall be continued from March 11, 2021, to April 26, 2021, or as soon thereafter as the Court is available.~~ is vacated.

3.  The Claim Construction Hearing ~~shall be continued from March 25, 2021 to May 10, 2021, or as soon thereafter as the Court is available~~. is vacated.

IT IS SO STIPULATED.

Dated: March 2, 2021

By: /s/ *Paul A. Kroeger*              By: /s/ *Blair M. Jacobs*

| | |
|---|---|
| Marc A. Fenster (CA BN 181067<br>mfenster@raklaw.com<br>Paul A. Kroeger (CA BN 229074)<br>pkroeger@raklaw.com<br>Reza Mirzaie (CA BN 246953)<br>rmirzaie@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991 | Blair M. Jacobs<br>blairjacobs@paulhastings.com<br>Christina A. Ondrick<br>christinaondrick@paulhastings.com<br>John S. Holley<br>johnholley@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC  20036<br>Telephone:  (202) 551-1700<br>Facsimile: (202) 551-1705<br><br>Thomas A. Counts (CA BN 148051)<br>tomcounts@paulhastings.com<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 856-7000<br>Facsimile: (415) 856-7116 |
| *Attorneys for Plaintiff*<br>Oyster Optics, LLC | *Attorneys for Defendant*<br>Ciena Corporation |

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: March 3, 2021

By: _____
Honorable Jeffrey S. White
United States District Court Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Paul A. Kroeger, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                            */s/ Paul A. Kroeger*
                            Paul A. Kroeger

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, the foregoing was served by electronic mail to all counsel of record.

*/s/ Paul A. Kroeger*
Paul  A. Kroeger