UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CIENA CORPORATION,<br><br>    Defendant. | Case No. 20-cv-02354-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 76 |

On October 5, 2021, Defendant filed an administrative motion to seal an exhibit submitted with its opposition to Plaintiff's motion to seal. Defendant represents that Plaintiff designated the testimony in that exhibit confidential under the terms of the parties' protective order. Plaintiff has not filed a declaration, pursuant to Local Rule 79-5, supporting the request to seal. Accordingly, the Court ORDERS Plaintiff to show cause why the motion to seal should not be denied. Plaintiff's response shall be due by October 27, 2021.

**IT IS SO ORDERED**.

Dated: October 22, 2021

_____
JEFFREY S. WHITE
United States District Judge