# EXHIBIT A
# PLAINTIFF AND DEFENDANT'S SCHEDULING PROPOSALS

The proposed schedules below address case events through claim construction. In accordance with the Court's Standing Order for Patent Cases, the parties understand that subsequent case deadlines will be addressed after the Court's issuance of a claim construction ruling.

| Event | Date |
| --- | --- |
| Exchange proposed claim terms for construction (Patent L.R. 4-1) | February 4, 2022 |
| Exchange preliminary claim constructions (Patent L.R. 4-2) | February 25, 2022 |
| File joint claim construction statement (Patent L.R. 4-3) | March 11, 2022 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | April 11, 2022 |
| Opening claim construction brief (Patent L.R. 4-5(a)) | April 25, 2022 |
| Responsive claim construction brief (Patent L.R. 4-5(b)) | May 9, 2022 |
| Reply Claim Construction Deadline (Patent L.R. 4-5(c)) | May 16, 2022 |
| Technology Tutorial | 2 weeks prior to Claim Construction Hearing |
| Claim Construction Hearing | To be set by Court |
| Advice of counsel disclosures | Claim construction ruling + 30 days |