RUSS, AUGUST & KABAT
Marc A. Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff Oyster Optics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CIENA CORPORATION, <br><br> Defendant. | CASE NO. 4:20-cv-02354-JSW <br><br> **LOCAL PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

Plaintiff Oyster Optics, LLC ("Oyster") and Ciena Corporation ("Ciena") hereby jointly provide this Joint Claim Construction Chart pursuant to Local Patent Rule 4-3 and Judge White's Standing Order for Patent Cases.

## I. LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES ARE AGREED ON A CONSTRUCTION (PATENT L.R. 4-3(A).

The parties have agreed that a number of terms initially identified in their identification of terms for construction do not require construction, and narrowed the list of terms with disputed constructions to those reflected below. The parties have agreed on the constructions provided in the chart below:

| U.S. Patent 6,665,500 | |
|---|---|
| "the controller in a second alternate mode amplitude-modulating the light from the laser as a function of the electronic data stream" ('500 Patent – cl. 5) | "the controller in a second alternate mode amplitude-modulating the light from the laser as a function of the same electronic data stream as in the first mode" |

## II. PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (PATENT L.R. 4-3(B).

Pursuant to Patent L.R. 4-3(b), the Parties' proposed constructions of disputed terms are provided in the chart below along with the intrinsic and extrinsic evidence on which the parties intend to rely.[1]

| U.S. Patent 6,665,500 | | |
|---|---|---|
| **Claim Term/Phrase** | **Oyster's Proposed Construction** | **Ciena's Proposed Construction** |
| • "a phase modulator for phase modulating light from the light source" (claim 1) | "phase modulate" means "alter the phase of light to create an optical signal having a phase that is representative of data" <br><br> **Intrinsic Evidence:** <br> Abstract; Figs. 1 and 2; 2:41–46, 2:63–3:11, 3:21–34, | "a device that alters the phase of light to create an optical signal having a phase that is representative of data. The phase modulator does not perform amplitude modulation." <br><br> **Intrinsic Evidence**: |

---

[1] In addition to the evidence cited by Oyster and Ciena, the parties reserve the right to use any evidence cited by the other party.

| | | |
|---|---|---|
| | 3:4654, 3:57–65, 4:29–42, 5:21–24, 6:26–52, 7:12–51, 7:6165, 8:33–41, 8:59–62, 9:11–21, 10:12–28<br><br>**Extrinsic Evidence:**<br>Fiber Optics Standard Dictionary, Third Ed. (1997) at 742 ("phase modulation: Angle modulation in which the phase angle of a carrier, such as an electronic, radio, or optical carrier, is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating signal"; "optical phase modulator: An optical device that controls or varies the phase of a lightwave relative to a fixed reference or relative to another lightwave in accordance with an information bearing signal.")<br><br>The Authoritative Dictionary of IEEE Standards Terms, Seventh Ed. (2000) at 816 ("phase modulation (1) (data transmission) Angle modulation in which the angle of a carrier is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating function"). | '500 patent at 2:48-58, 3:17-20, 3:57-60, 5:44-48, 5:63-6:25, 6:40-52, 7:39-50<br><br>'055 patent (incorporated by reference into the 500 patent) at 2:6-9, 2:23-39, 2:48-67, 4:41-5:9, 6:8-24<br><br>PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 1-2; P.O. Response 1, 7-9.<br><br>PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 6<br><br>**Extrinsic Evidence:**<br>CIENA00076204-CIENA00076507<br>Snawerdt Transcript Dated August 13, 2020.<br>Snawerdt Transcript Dated December 15, 2017. |
| • "phase-modulated optical signals" (claim 1)<br>• "phase modulated signals" (claim 16) | "phase modulate" means "alter the phase of light to create an optical signal having a phase that is representative of data" | "optical signals having a phase that is representative of data. The amplitude of the optical signals is not representative of data." |

| | | **Intrinsic Evidence:** Abstract; Figs. 1 and 2; 2:4146, 2:63–3:11, 3:21–34, 3:4654, 3:57–65, 4:29–42, 5:21–24, 6:26–52, 7:12–51, 7:6165, 8:33–41, 8:59–62, 9:11–21, 10:12–28<br><br>**Extrinsic Evidence:** Fiber Optics Standard Dictionary, Third Ed. (1997) at 742 ("phase modulation: Angle modulation in which the phase angle of a carrier, such as an electronic, radio, or optical carrier, is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating signal"; "optical phase modulator: An optical device that controls or varies the phase of a lightwave relative to a fixed reference or relative to another lightwave in accordance with an information bearing signal.")<br><br>The Authoritative Dictionary of IEEE Standards Terms, Seventh Ed. (2000) at 816 ("phase modulation (1) (data transmission) Angle modulation in which the angle of a carrier is caused to depart from its reference value by an amount proportional to the instantaneous value of the modulating function"). | **Intrinsic Evidence**: <br>• '500 patent at 2:48-58, 3:17-20, 3:57-60, 5:44-48, 5:63-6:25, 6:40-52, 7:39-50<br>• '055 patent (incorporated by reference into the 500 patent) at 2:6-9, 2:23-39, 2:48-67, 4:41-5:9, 6:8-24<br><br>PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 1-2; P.O. Response 1, 7-9.<br><br>PTAB-IPR2017-01720 (055 petition): Preliminary P.O. Response 6<br><br>**Extrinsic Evidence:** CIENA00076204-CIENA00076507 Snawerdt Transcript Dated August 13, 2020. Snawerdt Transcript Dated December 15, 2017. |
|---|---|---|
| • "amplitude-modulating the light from the laser" (claim 1)<br>• "amplitude-modulated signals" (claim 16) | "altering the amplitude of light to create an optical signal that is representative of data." | "altering the amplitude of light to create an optical signal having an amplitude that is representative of data. The use of amplitude |

| | | **Intrinsic Evidence**: '500 patent at 2:56-3:20, 3:47-65, 4:56-5:62, 6:5-19, 7:39-65<br><br>In addition, Oyster incorporates by reference the intrinsic and extrinsic evidence listed above for the "phase modulate terms" | modulation does not include phase modulation."<br><br>**Intrinsic Evidence**: '500 patent at 2:56-3:20, 3:47-65, 4:56-5:62, 6:5-19, 7:39-65 |
|---|---|---|---|
| | "a receiver having an interferometer" (claim 16) | "a receiver having a device that performs a measurement using the interference phenomena produced between one or more signal beams of light and one or more reference beams of light"<br><br>**Intrinsic Evidence:**<br>- 500 patent at 4:44-47, 5:51-62, 6:20-39, 6:53-7:39<br>- 055 patent at 2:57-67, 3:55-60, 4:55-60, 5:27-6:24<br><br>**Extrinsic Evidence:**<br>- Handbook of Optics, 2nd. ed, vols. 1 and 2 by Optical Society Of America (1994) at ch. 2, 21.<br>- Snawerdt Transcript Dated August 13, 2020.<br>- Snawerdt Transcript Dated December 15, 2017. | "A receiver having a device that splits received light into a first wave and a second wave, delays the first wave relative to the second wave, recombines the delayed first wave and the second wave, and detects an intensity of the recombined waves."<br><br>**Intrinsic Evidence:**<br>- '500 patent at 4:44-47, 5:51-62, 6:20-39, 6:53-7:39<br>- '055 patent at 2:57-67, 3:55-60, 4:55-60, 5:27-6:24<br><br>**Extrinsic Evidence:**<br>- Fundamentals of Photonics, Saleh, et. Al. 1991 at 66-67.<br>- Handbook of Optics, 2nd. ed, vols. 1 and 2 by Optical Society Of America (1994) at ch. 2, 21.<br>- Snawerdt Transcript Dated August 13, 2020.<br>- Snawerdt Transcript Dated December 15, 2017.<br>- Oyster_00006925-943<br>- OYSTER_00006945-971<br>- OYSTER_00006994-7020 |

| | | | |
|---|---|---|---|
| | | | • OYSTER_00007200-210<br>• OYSTER_00007212-7227<br>• OYSTER_00007243-7254<br>• OYSTER_00005517 |
| | "mode" (claims 5, 16) | Plain and ordinary meaning, or, in the alternative, "manner of operation."<br><br>**Intrinsic Evidence:**<br>• '500 Patent at Abstract; Figs. 1 and 2; 2:41-46, 2:63–3:11, 3:21–34, 3:46-54, 3:57–65, 4:29–42, 5:21–24, 6:26–52, 7:12–51, 7:61-65, 8:33–41, 8:59–62, 9:11–21, 10:12–28<br>• '500 Patent file history including: Non-Final Office Action, March 13, 2003, Response and Amendment to non-final office action, June 11, 2003<br>• All intrinsic evidence cited in Claim Construction Memorandum and Order, *Oyster Optics, LLC. v. Cisco Systems, Inc.*, United States District Court for the Eastern District of Texas, Case No. 2:20-cv-211-JRG, (May 4, 2021, Dkt. No. 73).<br><br>**Extrinsic Evidence:**<br>• Declaration Testimony of R. Jacob Baker, P.E., Ph.D. | "manner of operation during which at least one specific data signal is either amplitude modulated or phase modulated, but not both simultaneously"<br><br>**Intrinsic Evidence**:<br>Figs. 1, 2 and corresponding disclosures.<br>Abstract; 1:12-38; 2:26-3:33; 3:40-46; 4:4-12; 4:27-42; 5:34-48; 6:10-11; 7:51-57; 7:62-67; 8:13-17<br><br>File History:<br>Petition to make special dated June 22, 2001;<br>Petition to make special dated July 11, 2001;<br>Office Action dated March 13, 2003;<br>Response to Office Action dated June 11, 2003<br><br>6,122,086 to Djupsjobacka at Fig. 1, 2:50-54—discussed in file history.<br><br>'500 patent IPR papers filed by Oyster and the board:<br>IPR2021-00319, Paper Nos. 6, 9;<br>IPR2020-00325, Paper Nos. 8, 12, 20, 30, 32, 33, 34;<br>IPR2020-00326, Paper Nos. 8, 12<br><br>**Extrinsic Evidence:**<br>OYSTERDEFS2_002297-2321 at 2304; 2306-7 |

| | | |
|---|---|---|
| | | Declaration Testimony of Dr. Daniel Blumenthal, Ph.D.

Snawerdt Trs. dated Dec. 15, 2017; Aug. 13, 2020; Feb. 15, 2021; March 20, 2021.

<u>Dr. Goossen's 500 patent Reports and transcripts:</u>
OYST_CIEN2_00003164-3483;
OYST_CIEN2_00003502-3713;
OYST_CIEN2_00005850-5945; and
OYST_CIEN2_00009412-9466.

Court's Claim Construction Memo and Order in Cisco case in EDTX (2:20-cv-00211-JRG). Dkt. 73; Judge Gilstrap's overruling of Oyster's objection to the Court's claim construction memo. Dkt. 145. |

### III. IDENTIFICAITON OF THE TERMS WHOSE CONSTRUCTION WILL BE MOST SIGNIFICANT TO THE RESOLUTION OF THE CASE (PATENT L.R. 4-3(C)).

The parties have consolidate their jointly proposed terms for construction to fewer than ten disputed terms. The parties position as to the importance of the terms is set forth in the chart below.

| Claim Term/Phrase | Oyster's position as to whether the term is case or claim dispositive | Ciena's position as to whether the term is case or claim dispositive |
| --- | --- | --- |
| • "a phase modulator for phase modulating light from the light source" ('500 patent, claim 1) | Not case or claim dispositive. | Claim dispositive |
| • "phase-modulated optical signals" ('500 patent, claim 1)<br>• "phase modulated signals" ('500 patent, claim 16) | Not case or claim dispositive. | Case dispositive |
| • "amplitude-modulating the light from the laser" ('500 patent, claim 1)<br>• "amplitude-modulated signals" ('500 patent, claim 16) | Not case or claim dispositive. | Case dispositive |
| "a receiver having an interferometer" ('500 patent, claim 16) | Not case or claim dispositive. | Claim dispositive |
| "mode" ('500 Patent, claim 1, 16) | Not case or claim dispositive. | Case dispositive |

### IV. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(D)).

The parties anticipate that the hearing will take no longer than four hours.

### V. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (PATENT L.R. 4-3(E)).

The parties do not currently anticipate calling any witnesses.

## VI. IDENTIFICAITON OF FACTUAL FINDINGS REQUESTED FROM THE COURT.

The parties do not request any specific factual findings at this time.

Dated: March 11, 2022

By: /s/ *Paul A. Kroeger*  
    Marc A. Fenster (CA BN 181067  
    mfenster@raklaw.com  
    Paul A. Kroeger (CA BN 229074)  
    pkroeger@raklaw.com  
    Reza Mirzaie (CA BN 246953)  
    rmirzaie@raklaw.com  
    RUSS, AUGUST & KABAT  
    12424 Wilshire Boulevard, 12th Floor  
    Los Angeles, California 90025  
    Telephone: (310) 826-7474  
    Facsimile: (310) 826-6991

*Attorneys for Plaintiff*  
Oyster Optics, LLC

By: */s/ Blair M. Jacobs*  
    Blair M. Jacobs  
    bjacobs@mckoolsmith.com  
    Christina A. Ondrick  
    condrick@mckoolsmith.com  
    John S. Holley  
    jholley@mckoolsmith.com  
    McKool Smith, P.C.  
    1999 K Street, NW, Suite 600  
    Washington, DC 20006  
    Phone: (202) 402-9400  
    Facsimile: (202) 402-9544

    RAYMOND W. STOCKSTILL (SB# 275228)  
    beaustockstill@paulhastings.com  
    PAUL HASTINGS LLP  
    695 Town Center Drive, 17th Floor  
    Costa Mesa, California 92626  
    Telephone: (714) 668-6200  
    Facsimile: (714) 979-1921

*Attorneys for Defendant*  
Ciena Corporation

## ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, the foregoing was served by electronic mail to all counsel of record.

*/s/ Paul A. Kroeger*
Paul A. Kroeger