RUSS, AUGUST & KABAT
Marc A. Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
Email: rmirzaie@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin (SBN 250761)
Email: nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991

**Attorneys for Plaintiff Oyster Optics, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CIENA CORPORATION,<br><br>　　　　Defendant. | CASE NO. 4:20-cv-02354-JSW<br><br>**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF OYSTER OPTICS LLC'S REVISED OPENING CLAIM CONSTRUCTION BRIEF** |

I, Reza Mirzaie, hereby declare as follows.

1. I am a partner at the law firm Russ, August & Kabat, counsel of record for Plaintif Oyster Optics, LLC ("Oyster") in the above-captioned matter. I make this declaration on the basis of personal knowledge, and if called to testify as a witness, I would and could testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of this Court's Claim Construction Order dated August 10, 2020 and entered as docket entry number 127 in Oyster Optics, LLC v. Ciena Corporation, Case No. 4:17-cv-05920.

3. Attached hereto as Exhibit B is a true and correct copy of the Claim Construction Memorandum Opinion and Order dated July 23, 2020 and entered as docket entry number 88 in Oyster Optics, LLC v. Infinera Corporation, et al No. 2:19-cv-00257-JRG (E.D. Texas).

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Professor Keith Goossen.

6. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 6,665,500.

7. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 6,594,055.

8. Attached hereto as Exhibit G is a true and correct copy of Excerpts from the Treatise, Handbook of Optics as produced by Ciena.

9. Attached hereto as Exhibit J is a true and correct copy of the Claim Construction Memorandum Opinion and Order dated May 4, 2021 and entered as docket entry number 73 in Oyster Optics, LLC v. Cisco System, Inc., No. 2:20-cv-00211-JRG (E.D. Texas).

1
**DECLARATION OF REZA MIRZAIE**

10. Attached hereto as Exhibit K is a true and correct copy of the Agreed Motion to Dismiss with Prejudice dated February 24, 2022 and entered as docket entry number 250 in Oyster Optics, LLC v. Cisco System, Inc., No. 2:20-cv-00211-JRG (E.D. Texas).

11. Attached hereto as Exhibit L is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 6,665,500.

12. Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 6,122,086.

13. Attached hereto as Exhibit N is a true and correct copy of the declaration of Prof. R. Jacob Baker.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 25, 2022, at Los Angeles, California.

Dated: April 25, 2021

By: /s/ *Reza Mirzaie*
Reza Mirzaie

Attorney for Plaintiff
OYSTER OPTICS, LLC