**EXHIBIT G**

SPONSORED BY THE
OPTICAL SOCIETY OF AMERICA

# HANDBOOK OF OPTICS

## FUNDAMENTALS, TECHNIQUES, & DESIGN

· SECOND EDITION ·

VOLUME I

MICHAEL BASS, EDITOR IN CHIEF
ERIC W. VAN STRYLAND · DAVID R. WILLIAMS · WILLIAM L. WOLFE, ASSOCIATE EDITORS

---

SPONSORED BY THE
OPTICAL SOCIETY OF AMERICA

# HANDBOOK OF OPTICS

## DEVICES, MEASUREMENTS, & PROPERTIES

· SECOND EDITION ·

VOLUME II

MICHAEL BASS, EDITOR IN CHIEF
ERIC W. VAN STRYLAND · DAVID R. WILLIAMS · WILLIAM L. WOLFE, ASSOCIATE EDITORS

# CHAPTER 2
# INTERFERENCE

**John E. Greivenkamp**
*Optical Sciences Center*
*University of Arizona*
*Tucson, Arizona*

## 2.1 GLOSSARY

|  |  |
|---|---|
| $A$ | amplitude |
| $\mathbf{E}$ | electric field vector |
| $\mathbf{r}$ | position vector |
| $x, y, z$ | rectangular coordinates |
| $\phi$ | phase |

## 2.2 INTRODUCTION

Interference results from the superposition of two or more electromagnetic waves. From a classical optics perspective, interference is the mechanism by which light interacts with light. Other phenomena, such as refraction, scattering, and diffraction, describe how light interacts with its physical environment. Historically, interference was instrumental in establishing the wave nature of light. The earliest observations were of colored fringe patterns in thin films. Using the wavelength of light as a scale, interference continues to be of great practical importance in areas such as spectroscopy and metrology.

## 2.3 WAVES AND WAVEFRONTS

The *electric field vector* due to an electromagnetic field at a point in space is composed of an amplitude and a phase

$$\mathbf{E}(x, y, z, t) = \mathbf{A}(x, y, z, t) e^{i\phi(x,y,z,t)} \tag{1}$$

or

$$\mathbf{E}(\mathbf{r}, t) = \mathbf{A}(\mathbf{r}, t) e^{i\phi(\mathbf{r},t)} \tag{2}$$

where $\mathbf{r}$ is the position vector and both the amplitude $\mathbf{A}$ and phase $\phi$ are functions of the spatial coordinate and time. As described in Chap. 5, "Polarization," the polarization state of the field is contained in the temporal variations in the amplitude vector.

# CHAPTER 21
# INTERFEROMETERS

**P. Hariharan**
*Division of Applied Physics*
*CSIRO*
*Sydney, Australia*

## 21.1 GLOSSARY

| | |
|---|---|
| $A$ | area |
| $C$ | ratio of peaks to valleys |
| $d$ | thickness |
| $F$ | finesse |
| FSR | free spectral range |
| $I$ | intensity |
| $J_i(\ )$ | Bessel function |
| $L$ | fiber length |
| $m$ | integer |
| $N$ | number of fringes |
| $p$ | optical path difference |
| $R$ | reflectance |
| $r$ | radius |
| $T$ | transmittance |
| $\lambda_s$ | synthetic wavelength |
| $\theta$ | angle |
| $\nu$ | frequency |
| $\phi$ | phase |

## 21.2 INTRODUCTION

Optical interferometers have made feasible a variety of precision measurements using the interference phenomena produced by light waves.[1,2] After a brief survey of the basic types of interferometers, this article will describe some of the interferometers that can be used

for such applications as measurements of lengths and small changes in length; optical testing; studies of surface structure; measurements of the pressure and temperature distribution in gas flows and plasmas; measurements of particle velocities and vibration amplitudes; rotating sensing; measurements of temperature, pressure, and electric and magnetic fields; wavelength measurements, and measurements of the angular diameter of stars, as well as, possibly, the detection of gravitational waves.

## 21.3 BASIC TYPES OF INTERFEROMETERS

Interferometric measurements require an optical arrangement in which two or more beams, derived from the same source but traveling along separate paths, are made to interfere. Interferometers can be classified as *two-beam* interferometers or *multiple-beam* interferometers according to the number of interfering beams; they can also be grouped according to the methods used to obtain these beams. The most commonly used form of beam splitter is a partially reflecting metal or dielectric film on a transparent substrate; other devices that can be used are polarizing prisms and diffraction gratings. The best known types of two-beam interferometers are the Fizeau, the Michelson, the Mach-Zehnder, and the Sagnac interferometers; the best known multiple-beam interferometer is the Fabry-Perot interferometer.

### The Fizeau Interferometer

In the Fizeau interferometer, as shown in Fig. 1, interference fringes of equal thickness are formed between two flat surfaces separated by an air gap and illuminated with a collimated beam. If one of the surfaces is a standard reference flat surface, the fringe pattern is a contour map of the errors of the test surface. Modified forms of the Fizeau interferometer are also used to test convex and concave surfaces by using a converging or diverging beam.[3]

### The Michelson Interferometer

The Michelson interferometer, shown schematically in Fig. 2, uses a beam splitter to divide and recombine the beams. As can be seen, one of the beams traverses the beam splitter



**FIGURE 1** The Fizeau interferometer.

Electronics

*The largest and most comprehensive optics resource available*

# HANDBOOK OF OPTICS

• SECOND EDITION •

VOLUME I: FUNDAMENTALS, TECHNIQUES, AND DESIGN

This all-purpose, two-volume set represents the most complete collection of descriptive material and tabulated data about optics ever assembled! Its 83 chapters—contributed by the most widely respected names in the field—give you instant access to reliable information concerning every aspect of modern optics.

Prepared under the auspices of the Optical Society of America, this definitive work includes all the information you need to start solving problems in optics, from design of optical systems to day-to-day laboratory research and development. Each volume contains a complete chapter listing for both volumes, extensive chapter glossaries, and a wealth of current references to guide you to even more sources of information.

*Volume I: Fundamentals, Techniques, and Design* includes articles that cover:

- Fundamental optics principles, including geometric, physical, and quantum optics
- Optical sources (such as light emitting diodes and lasers) and detectors (including energy, waveform, and imaging detection techniques)
- Detection and processing by human vision
- Design and fabrication, including optical layout techniques and lens design programs
- Optical thin film coatings
- Optical properties of water and the atmosphere

The **Optical Society of America** is dedicated to advancing study, teaching, research, and engineering in optics.

Cover Design: Richard Adelson
Cover Art: © Imtek Imagineering/Masterfile

ISBN 0-07-047740-X

9 780070 477407   90000

**McGraw-Hill, Inc.**
Serving the Need for Knowledge
1221 Avenue of the Americas
New York, NY 10020

---

Electronics

*The largest and most comprehensive optics resource available*

# HANDBOOK OF OPTICS

• SECOND EDITION •

VOLUME II: DEVICES, MEASUREMENTS, AND PROPERTIES

This all-purpose, two-volume set represents the most complete collection of descriptive material and tabulated data about optics ever assembled! Its 83 chapters—contributed by the most widely respected names in the field—give you instant access to reliable information concerning every aspect of modern optics.

Prepared under the auspices of the Optical Society of America, this definitive work includes all the information you need to start solving problems in optics, from design of optical systems to day-to-day laboratory research and development. Each volume contains a complete chapter listing for both volumes, extensive chapter glossaries, and a wealth of current references to guide you to even more sources of information.

*Volume II: Devices, Measurements, and Properties* includes articles that cover:

- Elements, from the traditional to more recently developed components such as integrated, micro, binary, gradient index, fiber, and x-ray optics
- Instruments, from cameras to optical scanners to spectrometers
- Measurements, including theory and method
- Optical and physical properties of materials, including optical properties of semiconductors, polymeric optics, and photorefractive optics
- Nonlinear optics

The **Optical Society of America** is dedicated to advancing study, teaching, research, and engineering in optics.

Cover Design: Richard Adelson
Cover Art: © Imtek Imagineering/Masterfile

ISBN 0-07-047974-7

9 780070 479746   90000

**McGraw-Hill, Inc.**
Serving the Need for Knowledge
1221 Avenue of the Americas
New York, NY 10020