| | |
|---|---|
| 1 | BLAIR M. JACOBS (admitted *pro hac vice*) |
| | bjacobs@mckoolsmith.com |
| 2 | CHRISTINA A. ONDRICK (admitted *pro hac vice*) |
| | condrick@mckoolsmith.com |
| 3 | JOHN S. HOLLEY (admitted *pro hac vice*) |
| | jholley@mckoolsmith.com |
| 4 | MCKOOL SMITH, P.C. |
| | 1100 15th Street, NW |
| 5 | 5th Floor |
| | Washington, DC 20005 |
| 6 | Telephone: (212) 402-9400 |
| | Facsimile: (212) 402-9444 |

ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: 213.694.1200;
F: 213.694.1234

Attorneys for Defendant
CIENA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, | CASE NO. 4:20-cv-02354-JSW |
| Plaintiff, | |
| vs. | **DECLARATION OF BLAIR M. JACOBS IN SUPPORT OF CIENA CORPORATION'S REVISED RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| CIENA CORPORATION, | |
| Defendant. | |

I, Blair Jacobs, declare:

1. I am a principal at the law firm of McKool Smith P.C., outside counsel for Ciena Corporation ("Ciena"). I am over the age of 18 and am qualified to make this declaration.

2. I submit this declaration in support of Ciena's revised responsive claim construction brief. The facts stated herein are true and of my own personal knowledge or investigation. If called to testify, then I could and would testify to these facts.

3. Attached as Exhibit O are additional excerpts of the prosecution history of U.S. Patent No. 6,665,500.

4. Attached as Exhibit P is the supplemental Declaration of Daniel Blumenthal, Ph.D.

5. Attached as Exhibit Q are excerpts of IPR2020-00325, Paper No. 34 Final Written Decision.

6. Attached as Exhibit R is Oyster Optics, LLC's objections to Claim Construction Memorandum and Order dated May 18, 2021; entered as docket entry number 75 in *Oyster Optics, LLC v. Cisco System, Inc.*, No. 2:20-cv-00211-JRG (E.D. Texas).

7. Attached as Exhibit S is an Order dated August 31, 2021 entered as docket entry number 145 in *Oyster Optics, LLC v. Cisco System, Inc.*, No. 2:20-cv-00211-JRG (E.D. Texas).

8. Attached as Exhibit T are excerpts of IPR2020-00325, Paper No. 20 Patent Owner Response.

1

CASE NO. 4:17-cv-05920-JSW

DECLARATION OF BLAIR JACOBS
ISO CIENA'S REVISED RESPONSIVE
CLAIM CONSTRUCTION BRIEF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May 2022.

/s/ Blair M. Jacobs
Blair M. Jacobs