# EXHIBIT O

[Stamp: OIP JUN 27 2001]

#3/add
514.1002 - Accel.
Special Examint
7-9-01

JUL 0 3 2001

Technology Center 2600

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Re:      Application of:    Peter SNAWERDT

         Serial No.:        09/772,018

         Filed:             January 29, 2001

         For:               DUAL-MODE FIBER OPTIC
                            TELECOMMUNICATIONS SYSTEM AND METHOD

## PETITION TO MAKE SPECIAL UNDER 37 CFR 1.102(d)

BOX: PETITIONS
Commissioner for Patents                                           June 22, 2001
Washington, D.C. 20231

S i r:

Applicant hereby petitions under 37 CFR 1.102(d) to have the above-identified application made special under the Accelerated Examination procedure of MPEP 708.02, Part VIII.

Attached to this petition is the 37 CFR 1.17(i) fee of $130.00. If any additional fees are deemed to be due at this time, the Commissioner is authorized to charge payment of the same to Deposit Account No. 50-0552.

Applicant states the following:

(1) It is respectfully submitted that all claims are directed to a single invention; and

(2) A pre-examination search was made using the US PTO patent searchable on-line database at http://www.uspto.gov. A word search in the all years database was performed on January 8, 2001 as follows: (((ACLM/"phase modulator" AND optical) AND "data transmission") AND interferometer). The following references were deemed most relevant from this search: U.S. Patent Nos. 5,223,967, 5,606,446, and 5,455,698. A further reference, U.S. Patent No. 5,072,615, was uncovered in a separate on-line search. All of these references have been made of record in the present application by virtue of a Form PTO-1449.

In addition, a further pre-examination search was made using the US PTO patent searchable on-line database at http://www.uspto.gov. A word search in the all years database was performed on June 6, 2001 as follows: ("amplitude modulated" AND "phase modulated optical signal"). A copy of the reference deemed most relevant, U.S. Patent No. 6,243,505, is

-1-

submitted with the Information Disclosure Statement filed herewith. U.S. Patent No. 5,726,784 was uncovered during a separate search.

### DETAILED DISCUSSION OF THE REFERENCES

Claim 1 recites an optical data transmitter with a light source and a controller having an input for receiving data from an electronic data stream. The controller in a first mode controls the phase-modulator to create phase-modulated signals as a function of the electronic data stream, and in an alternate second mode amplitude-modulating the light as a function of the electronic data stream.

None of the references disclose such a dual mode system as claimed.

Amplitude-modulated signals are common in the prior art, as for example in U.S. Patent No. 5,726,784 which uses a phase-modulator to create the amplitude modulated signal. U.S. Patent Nos. 5,223,967 and 5,455,698 disclose phase-modulating data on an optical loop in a Sagnac-based-interferometer system. It is respectfully submitted that one of skill in the art would not have combined the phase-modulating Sagnac-interferometer-based systems of U.S. Patent Nos. 5,223,967 and 5,455,698 with amplitude-modulating systems so as to create a dual-mode system, since the Sagnac-interferometer-based systems have a light source at the receiver, while the other amplitude-based systems have a light source at the transmitter. U.S. Patent No. 6,243,505 discloses the use of a phase modulator to reduce Brillouin Scattering. This phase-modulation is not used to send data as a function of an electronic data stream as in claim 1, but merely to broaden the spectrum of the signal beyond the coherence band of Brillouin scattering. Dual alternate transmission modes are not disclosed.

With respect to independent claim 12, none of the references discloses a receiver receiving optical signals, the optical signals including both phase-modulated and amplitude-modulated signals and the receiver having an interferometer and a detector. The receiver of the Sagnac-interferometer-based systems does not receive amplitude-modulated signals, and the receiver of the amplitude-based systems does not receive phase-modulated signals or have an interferometer, as claimed in claimed 12. U.S. Patent No. 6,243,505 does not shown an interferometer at the receiver.

With respect to claim 18, the prior art references do not disclose systems with a

OYST_CIEN2_00000474

transmitter for transmitting in two modes as claimed and as discussed with respect to claim 1, and with a receiver with an interferometer as discussed with respect to claim 12.

With respect to claim 19, the prior art references do not disclose transmitting in a first phase-modulating mode and a second alternate amplitude-modulated mode as claimed and as discussed above with respect to claim 1.

With respect to claim 22, the prior art references do not disclose an optical signal with phase-modulating signals representative of an input data stream during one time period and amplitude-modulated mode signals representative of an input data stream during another time period as discussed above with respect to claim 1.

## CONCLUSION

It is respectfully submitted that the petition for special status be granted. The application is respectfully believed to be in condition for allowance and applicant respectfully requests such action.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By _William C. Gehris_

William C. Gehris (Reg. No. 38,156)

Davidson, Davidson & Kappel, LLC
485 Seventh Avenue, 14th Fl.
New York, New York 10018
(212) 736 1940

RECEIVED
JUL 0 5 2001
Technology Center 2600

-3-

#4

514.1002

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Re: Application of:   Peter SNAWERDT

Serial No.:   09/772,018

Filed:   January 29, 2001

For:   DUAL-MODE FIBER OPTIC
TELECOMMUNICATIONS SYSTEM AND METHOD

## SUPPLEMENT TO PETITION TO MAKE SPECIAL UNDER 37 CFR 1.102(d)

BOX: PETITIONS
Commissioner for Patents                                July 11, 2001
Washington, D.C. 20231

S i r:

Applicant hereby provides the following supplemental information to the petition under 37 CFR 1.102(d) to have the above-identified application made special under the Accelerated Examination procedure of MPEP 708.02, Part VIII.

Applicant states the following:

(1) It is respectfully submitted that all claims are directed to a single invention. If the Office determines otherwise, applicant will make an election without traverse.

(2) An additional pre-examination search of class 385, subclass 2 and class 359, subclasses 125 and 179 was made. A new Information Disclosure Statement is being submitted to disclose U.S. Patent No. 5,822,102. Other references deemed most relevant from the search are of record.

### DETAILED DISCUSSION OF THE REFERENCES

Claim 1 recites an optical data transmitter with a light source and a controller having an input for receiving data from an electronic data stream. The controller in a first mode controls the phase-modulator to create phase-modulated signals as a function of the electronic data stream, and in an alternate second mode amplitude-modulating the light as a function of the electronic data stream.

U.S. Patent No 5,822,102 discloses a CAP-based signal, which is a carrierless AM/PM signal. CAP signals does not alternately send an amplitude-modulated signal and then a phase-

-1-

Case 4:20-cv-02354-JSW Document 116-2 Filed 05/09/22 Page 6 of 7

modulated signal, but rather sends a combined analog signal. The optical fiber is an analog optical fiber.

With respect to independent claim 12, none of the references discloses a receiver receiving optical signals, the optical signals including both phase-modulated and amplitude-modulated signals and the receiver having an interferometer and a detector. U.S. Patent No. 5,822,102 does not disclose a receiver having an interferometer.

With respect to claim 18, the '102 patent does not disclose systems with a transmitter for transmitting in two modes as claimed and as discussed with respect to claim 1, and with a receiver with an interferometer as discussed with respect to claim 12.

With respect to claim 19, the '102 patent does not disclose transmitting in a first phase-modulating mode and a second alternate amplitude-modulated mode as claimed and as discussed above with respect to claim 1.

With respect to claim 22, the '102 patent does not disclose an optical signal with phase-modulating signals representative of an input data stream during one time period and amplitude-modulated mode signals representative of an input data stream during another time period as discussed above with respect to claim 1.

## CONCLUSION

It is respectfully submitted that the petition for special status be granted. The application is respectfully believed to be in condition for allowance and applicant respectfully requests such action.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By _____
William C. Gehris (Reg. No. 38,156)

Davidson, Davidson & Kappel, LLC
485 Seventh Avenue, 14th Fl.
New York, New York 10018
(212) 736-1940

I hereby certify that this correspondence and/or
documents referred to as attached therein and / or
fee are being facsimile transmitted to the United States
Patent And Trademark Office (703 746 5919) on July 11, 2001.
DAVIDSON, DAVIDSON & KAPPEL, LLC.
BY: _____ William C. Gehris (Reg. No. 38, 156)

-2-

OYST_CIEN2_00000480



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
Washington, D.C. 20231
www.uspto.gov

Paper No. **MAIL**

**JUL 1 7 2001**

**DIRECTOR OFFICE
TECHNOLOGY CENTER 2600**

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 SEVENTH AVENUE, 14TH FLOOR
NEW YORK, NY 10018

In re Application of
Peter Snawerdt
Application No. 09/772,018
Filed: January 29, 2001
For: DUAL-MODE FIBER OPTIC
TELECOMMUNICATIONS SYSTEM AND METHOD

DECISION ON PETITION
TO MAKE SPECIAL

This is a decision on the petition filed June 27, 2001 and supplemental information received by facsimile on July 11, 2001, to make the above-identified application special pursuant to M.P.E.P. § 708.02 (VIII).

In accordance with M.P.E.P. § 708.02, Item VIII, an application may be granted special status provided that the applicant complies with each of the following items: (a) submits a petition to make special accompanied by the fee set forth in 37 C.F.R. § 1.17(I); (b) presents all claims are directed to a single invention, or if the Office determines that all the claims presented are not obviously directed to a single invention, will make an election without traverse as a prerequisite to the grant of special status; (c) submits a statement(s) that a pre-examination search was made, listing of the field of search by class and subclass, publication, Chemical Abstracts, foreign patents, database search with the search terms used, etc.; (d) submits one copy of each of the references deemed most closely related to the subject matter encompassed by the claims if said references are not already of record; and (e) submits a detailed discussion of the references, which discussion points out, with the particularity required by 37 C.F.R. § 1.111(b) and (c), how the claimed subject matter is patentable over the references.

For the above stated reasons, the petition is **GRANTED**.

The application will retain its special status throughout its entire course of prosecution in the Patent and Trademark Office, including appeal, if any to the Board of Patent Appeals and Interferences, subject only to diligent prosecution by the applicant.

The application file will be forwarded to the examiner for expedited prosecution.

_____
Krista Zele
Special Program Examiner
Technology Center 2600
Communications
(703) 305-4710