UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CIENA CORPORATION,<br><br>Defendant. | Case No. 20-cv-02354-JSW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING ON THE TERM "MODE"** |

Following the claim construction hearing held on June 30, 2022, the Court has concluded that additional briefing on the term "mode" would be useful. The term "mode" is used in the two asserted claims: dependent claim 5, by way of claim 1; and independent claim 16.

The parties agree that, for claim 5, the phrase "the controller in a second alternate mode amplitude-modulating the light from the laser as a function of the electronic data stream" means "the controller in a second alternating mode amplitude-modulating the light from the laser as a function of the **same** electronic data stream as in the first mode" ("the undisputed phrase"). (Dkt. No. 119, Amended Final Joint Claim Construction Statement at 2:10-14 (emphasis added).) The parties in the *Cisco* litigation do not appear to have reached a similar agreement.

It may be that the meaning of the undisputed phrase underlies the arguments presented on the term mode, but it is not clear to the Court that that is the case. Accordingly, the Court ORDERS the parties to file supplemental briefing that addresses how, if at all, the undisputed phrase impacts their respective proposed constructions of the term "mode" and whether the term "mode" as used in claim 5 may require a different construction than the term "mode" as used in claim 16.

The parties should also address their views on whether or not the undisputed phrase

impacts the persuasiveness of the *Cisco* court's analysis of the term "mode."

Plaintiff shall file its supplemental brief, which shall not exceed 10 pages, by no later than July 15, 2022. Defendant shall file its supplemental brief, which also shall not exceed 10 pages, by no later than July 29, 2022. Plaintiff may file a seven page reply by August 5, 2022.

**IT IS SO ORDERED**.

Dated: July 1, 2022

_____
JEFFREY S. WHITE
United States District Judge

2