1  BLAIR M. JACOBS (admitted *pro hac vice*)
   bjacobs@mckoolsmith.com
2  CHRISTINA A. ONDRICK (admitted *pro hac vice*)
   condrick@mckoolsmith.com
3  JOHN S. HOLLEY (admitted *pro hac vice*)
   jholley@mckoolsmith.com
4  McKool Smith, P.C.
   1999 K Street NW, Suite 600
5  Washington, DC 20006
   T: 202.370.8300
6  F: 202.370.8344

7  ALAN P. BLOCK (SBN 143783)
   ablock@mckoolsmithhennigan.com
8  300 South Grand Avenue, Suite 2900
9  Los Angeles, California 90071
   T: 213.694.1200
10 F: 213.694.1234
   Attorneys for Defendant
11 CIENA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, | CASE NO. 4:20-cv-02354-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BREIFING ON THE TERM "MODE"** |
| vs. | |
| CIENA CORPORATION, | |
| Defendant. | |

Pursuant to Civil L.R. 6-1 and 6-2, Oyster Optics, LLC ("Oyster") and Ciena Corporation ("Ciena") file this Stipulation requesting that the dates for the supplemental briefing on the term "mode" set by the Court's July 1, 2022 Order (Dkr. No. 131) be extended by one-week and that Ciena be allowed to file a short sur-reply of not more than four pages. This request is supported by the attached Declaration of Paul A. Kroeger, and based on the fact that the counsel for Oyster who has the primary responsibilities on drafting the supplemental brief has become ill with COVID and requires the additional time to fully recover and finalize the brief. Ciena does not oppose the request provided that it be permitted to file a short sur-reply of no more than four pages, which Oyster does not oppose. No other deadlines will be effected by the requested extension.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. The filing date for Oyster's supplemental brief on the term "mode" shall be extended by one week from July 15, 2022 to July 22, 2022.

2. The filing date for Ciena's supplemental brief shall be extended by one week from July 29, 2022 to August 5, 2022.

3. The filing date for Oyster's reply shall be extended from August 5, 2022 to August 12, 2022.

4. Ciena may file a sur-reply not to exceed four pages by August 19, 2022.

IT IS SO STIPULATED.

Dated: July 13, 2022

By: /s/ *Paul A. Kroeger*           By: /s/ *Blair M. Jacobs*

| | |
|---|---|
| Marc A. Fenster (CA BN 181067<br>mfenster@raklaw.com<br>Paul A. Kroeger (CA BN 229074)<br>pkroeger@raklaw.com<br>Reza Mirzaie (CA BN 246953)<br>rmirzaie@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>*Attorneys for Plaintiff*<br>Oyster Optics, LLC | BLAIR M. JACOBS (admitted *pro hac vice*)<br>bjacobs@mckoolsmith.com<br>CHRISTINA A. ONDRICK (admitted *pro hac vice*)<br>condrick@mckoolsmith.com<br>JOHN S. HOLLEY (admitted *pro hac vice*)<br>jholley@mckoolsmith.com<br>McKool Smith, P.C.<br>1999 K Street NW, Suite 600<br>Washington, DC 20006<br>T: 202.370.8300<br>F: 202.370.8344<br><br>RAYMOND W. STOCKSTILL (SB# 275228)<br>beaustockstill@paulhastings.com<br>PAUL HASTINGS LLP<br>695 Town Center Drive, 17th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 668-6200<br>Facsimile: (714) 979-1921<br><br>Attorneys for Defendant<br>CIENA CORPORATION<br><br>*Attorneys for Defendant*<br>Ciena Corporation |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Paul A. Kroeger, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Paul A. Kroeger*
*Paul A. Kroeger*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, the foregoing was served by electronic mail to all counsel of record.

                                            */s/ Paul A. Kroeger*
                                            Paul A. Kroeger

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:

By:

_____
Honorable Jeffrey S. White
United States District Court Judge

Case No. 4:20-cv-02354-JSW                                                                                          JOINT STIPULATION