# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

OYSTER OPTICS, LLC,

        *Plaintiff,*

v.

CISCO SYSTEMS, INC.

        *Defendant.*

Civil Action No. 2:20-cv-00211-JRG

**JURY TRIAL DEMANDED**

## PLAINTIFF OYSTER OPTICS, LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO CISCO SYSTEMS, INC.'S FIRST SET OF INTERROGATORIES (NOS. 2, 5, 6, 7, 12, 15-20)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Oyster Optics, LLC ("Oyster" or "Plaintiff"), hereby objects and responds to Cisco Systems, Inc.'s ("Cisco") First set of Interrogatories (Nos. 2, 5, 6, 7, 12, 15-20) as follows:

## PRELIMINARY STATEMENT

Discovery in this matter is still ongoing. Oyster is presently pursuing its investigation and analysis of the facts and law relating to this case and has not completed such investigation or preparation for trial. Therefore, these responses and objections, while based on diligent factual exploration by Oyster and its counsel, reflect only Oyster's current state of knowledge, understanding and belief with regard to the matters about which inquiry has been made. Oyster anticipates that, as the action proceeds, further facts may be discovered, and Oyster reserves the right to modify or supplement its responses and objections should additional information become available.

Specific objections to each Interrogatory are made on an individual basis in Oyster responses below. In addition to the specific objections, Oyster makes certain general objections

RONALDI EXHIBIT

14

Rebecca Klanderud, CSR

**RESTRICTED - ATTORNEYS' EYES ONLY**

OYST_CIEN2_00001184

(1) U.S. Pat. No. 6,665,500 : Cisco infringes Claims 1, 2, 4, 5, 16, 17, and 19 under 35 U.S.C. § 271(a), (b), and (c). Cisco had knowledge of the '500 Patent no later July 19, 2017.

(2) U.S. Pat. No. 10,205,516 : Cisco infringes Claims 1, 2, 4, 6, 11-14, and 17 under 35 U.S.C. § 271(a), (b), and (c). Cisco had knowledge of the '516 Patent no later than June 18, 2020.

(3) U.S. Pat. No. 8,913,898: Cisco infringes Claims 1, 3, 4, 5, 9-12, 14, 15, 17, 18, 19, 23, and 24 under 35 U.S.C. § 271(a), (b), and (c). Cisco had knowledge of the '898 Patent no later than December 2, 2016.

Further information on the details of these contentions may be found in at least: Oyster's Complaint and Preliminary Infringement Contentions served in this case. Moreover, because this interrogatory seeks expert opinions, and prematurely so, further responsive information will be provided in technical and damages expert reports, according to the schedule set forth in the Docket Control Order.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 (MAY 14, 2021)**

Oyster objects to this Interrogatory on the grounds that it is overly broad and unduly burdensome. For example, the Interrogatory seeks the identity of "all documents that support [Oyster's] contentions." Oyster also objects to this Interrogatory because it seeks information protected from disclosure by the attorney-client privilege and work product doctrines. Oyster also objects to this Interrogatory because it prematurely seeks expert opinions.

Subject to and without waiving the foregoing General and Specific Objections Oyster responds as follows:

(1) U.S. Pat. No. 6,665,500 : Cisco infringes Claims 1, 2, 4, 5, 16, 17, and 19 under 35 U.S.C. § 271(a), (b), and (c). Cisco had knowledge of the '500 Patent no later July 19, 2017.

6

RESTRICTED - ATTORNEYS' EYES ONLY

regarding the same" outweighs the benefit due to the lack of relevant or admissible information relating to this interrogatory.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 20 (MAY 14, 2021)**

See supplemental response to Interrogatory No. 12, above.

Dated: May 14, 2021

Respectfully submitted,

**OYSTER OPTICS, LLC**

By: /s/ *Paul Kroeger*
Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Paul Kroeger (CA SB No. 246953)
Neil A. Rubin (CA SB No. 250761)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: pkroeger@raklaw.com
E-mail: nrubin@raklaw.com

Thomas John Ward, Jr.
Claire Abernathy Henry
Andrea Leigh Fair
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
Facsimile: 903-757-2323
E-mail: jw@wsfirm.com
E-mail: claire@wsfirm.com
E-mail: andrea@wsfirm.com

Attorneys for Plaintiff,
*Oyster Optics LLC*

RESTRICTED - ATTORNEYS' EYES ONLY

OYST_CIEN2_00001227