UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OYSTER OPTICS, LLC, | Case Number: 4:20-cv-02354-JSW |
| Plaintiff, | **FURTHER CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |
| vs. |  |
| CIENA CORPORATION, |  |
| Defendant. |  |

The parties to the above-entitled action jointly submit this FURTHER CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Court's Standing Order Regarding Patent Cases and the Court's Order dated March 6, 2023. The Parties have met and conferred and have competing proposals. Oyster proposes the case schedule attached as Exhibit A. Ciena believes that no scheduling order should be entered until the Court rules on the SJ and *Daubert* motions in the co-pending case: 4:17-cv-05920-JSW ("Oyster I").

Ciena submits that its proposal is more efficient because the Asserted Patent is already expired and much of the discovery from Oyster I is relevant to the technical and damages issues in Oyster II. Further, Oyster's assertion regarding potentially stale discovery is speculative and attributable to Oyster and its decision to sue on an old and now expired patent. Thus, there is no prejudice to Oyster and the additional clarity provided by the Court's upcoming rulings in Oyster I will benefit both parties in understanding the amount and scope of additional discovery that may be needed in this case. Therefore, Ciena proposes that within two weeks of all pending

*Form updated May 2018*

motions in Oyster I being resolved by the Court, the parties will submit a proposed schedule that more accurately accounts for the additional remaining discovery necessary for the parties. If the Court is inclined to adopt a schedule now, then Ciena jointly proposes the schedule attached as Exhibit A.

Oyster contends that a case schedule should be entered now. This case has been pending since 2020, has already been stayed once, and involves a different patent and different products that in Oyster I. Further delay in resolution will prejudice Oyster, including for reasons of potentially difficulty in getting discovery as witness testimony and documents become stale. The remaining issues to be addressed by the Court's Standing Order are addressed below:

## I. CERTIFICATION OF CLAIM CONSTRUCTION RULING FOR APPEAL

Neither party wishes to certify the claim construction ruling for appeal at this time. This is without waiver of any party's right to ultimately appeal the Court's Order.

## II. FILING AND TIMING OF DISPOSITIVE MOTIONS

The parties have competing proposals, but if the Court is included to adopt a schedule now, then the parties have proposed a schedule for the filing and timing of dispositive motions in Exhibit A.

## III. ADVICE OF COUNSEL DEFENSE TO WILLFUL INFRINGEMENT

**Oyster's Position:** Oyster contends it has properly asserted wilfulness. Furthermore, Oyster does not believe Ciena has properly preserved an advice of counsel defense in the event that it decides to later assert that defense.

**Ciena's Position:** Ciena does not believe that Oyster has properly asserted willfulness in this case. Nevertheless, Ciena is not asserting a formal advice of counsel defense.

## IV. ANTICIPATED POST-CLAIM CONSTRUCTION DISCOVERY

The remaining discovery will involve fact depositions and expert discovery. The parties have competing proposals, but if the Court is included to adopt a schedule now, then the parties have proposed dates for these activities in Exhibit A.

**Oyster's Position:** Oyster anticipates post-claim construction discovery will include discovery from Infinera regard the operation of the accused products as well as its U.S. sales. Discovery

*Form updated May 2018*

concerning Ciena's affirmative defenses, including potential third-party discovery, may also be warranted.

**Ciena's Position:**  Ciena anticipates post-claim construction discovery will include discovery from Oyster regarding its infringement theories, alleged validity of its asserted patents, and its damages allegations. In particular, Ciena anticipates pursuing information regarding Oyster's damages theories with specificity, including an identification and explanation of the factual and legal bases for Oyster's damages theories, and an estimate of the alleged damages Oyster seeks in this action. Ciena also anticipates serving email discovery requests to Oyster custodians relating to, *inter alia*, Oyster's business valuation and decisions to purchase the patent-in-suit from a third party, and following up on outstanding document production requests relating to the same and other issues. Ciena also anticipates serving third-party subpoenas and deposition notices to prior Oyster Optics, Inc. employees as well as employees of entities with whom Oyster or its predecessors had interactions relating to the patent-in-suit, and anticipates serving additional deposition notices during fact discovery.

V. **SETTLEMENT DISCUSSIONS**

The parties have competing proposals, but if the Court is included to adopt a schedule now, then the parties have proposed a deadline to conduct private mediation in Exhibit A.

Dated:  April 21, 2023

By: /s/ Paul A. Kroeger          By: /s/ Blair M. Jacobs

*Form updated May 2018*

Marc A. Fenster (CA BN 181067)
mfenster@raklaw.com
Paul A. Kroeger (CA BN 229074)
pkroeger@raklaw.com
Reza Mirzaie (CA BN 246953)
rmirzaie@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
Oyster Optics, LLC

Blair M. Jacobs
bjacobs@mckoolsmith.com
Christina A. Ondrick
condrick@ mckoolsmith.com
John S. Holley
jholley@ mckoolsmith.com
McKool Smith, P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006
Phone:     (202) 402-9400
Facsimile:  (202) 402-9544

RAYMOND W. STOCKSTILL (SB# 275228)
beaustockstill@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Drive, 17th Floor
Costa Mesa, California  92626
Telephone: (714) 668-6200
Facsimile:  (714) 979-1921

*Attorneys for Defendant*
Ciena Corporation

*Form updated May 2018*

## CASE MANGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*Form updated May 2018*