**EXHIBIT A**

**<u>SCHEDULING PROPOSAL</u>**

| Event | Proposed Date |
|---|---|
| Fact Discovery Cutoff | Friday, October 27, 2023 |
| Serve Opening Expert Reports on Issues which the Parties Bear the Burden of Proof | Friday, November 17, 2023 |
| Serve Rebuttal Expert Reports | Friday, December 15, 2023 |
| Expert Discovery Cutoff | Friday, January 26, 2024 |
| File Dispositive Motions and Daubert Motion | Friday, February 9, 2024 |
| Mediation cut-off | Friday, February 16, 2024 |
| File Opposition to Dispositive Motion | Friday, March 1, 2024 |
| Reply to Opposition to Dispositive Motion | Friday, March 15, 2024 |
| Dispositive Motion / Daubert Motion Hearing | Friday, April 5, 2024 at 9:00 a.m. |
| Pre-Trial Conference; Trial witness list and Summary of Proposed Testimony, Deposition Designations, Written Discovery Designations, Jury Instructions, Admissibility Stipulations, MILs, Trial Exhibits/ Objections | Wednesday, May 15, 2024 |
| Jury Selection | Wednesday, May 29, 2024 (or at the convenience of the Court) |
| Trial | Monday, June 10, 2024 at 8:00 a.m. (or at the convenience of the Court) |