UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CIENA CORPORATION,<br><br>    Defendant. | Case No. 20-cv-02354-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES**<br><br>Re: Dkt. No. 143 |

The Court has received and considered the parties' joint case management conference statement and VACATES the case management conference scheduled for April 28, 2023. The Court has considered Ciena's proposal but it will enter a modified version of the schedule set forth in the parties' statement. If this schedule needs to be modified following the Court's ruling on the motions in *Oyster I* (17-5920), the parties may submit requests to the Court. The Court will defer setting a pretrial and trial date.

Accordingly, it is HEREBY ORDERED that the following deadlines will govern:

| EVENT | DEADLINE |
|---|---|
| Fact discovery cut-off | October 27, 2023 |
| Deadline to serve opening reports by parties who bear burden of proof on issues | November 17, 2023 |
| Deadline to serve rebuttal reports | December 15, 2023 |
| Expert discovery cut-off | January 26, 2024 |
| Deadline to meet and confer regarding substance of *Daubert* and dispositive motions** | February 9, 2024 |

| Deadline to file dispositive motions and *Daubert* motions that are relevant to dispositive motions** | February 23, 2024 |
|---|---|
| Mediation cut-off | March 1, 2024 |
| Opposition to dispositive motions and *Daubert* motions | March 15, 2024 |
| Replies to dispositive motions and *Daubert* motions | March 29, 2024 |
| Hearing on dispositive motions and *Daubert* motions | April 19, 2024 at 9:00 a.m. |

**       The parties shall limit their *Daubert* motions to the portions of expert testimony implicated by the motions for summary judgment.  The Court will permit further *Daubert* motions in advance of the pretrial conference.

The Court is requiring the parties to meet and confer, as that term is defined in the Northern District Civil Local Rules, in light of the parties' resolution of certain issues in *Oyster I* after the opening briefs were filed.  In addition, if the parties are going to cross-move on issues, the Court will require a four brief format, with the opening brief filed by the party who bears the burden at trial on that issue.  For example, if Oyster is going to move for summary judgment on infringement, and Ciena intends to move for summary judgment on non-infringement, Oyster will file an opening brief, Ciena will file an opposition and cross-motion, Oyster will file an opposition and reply, and Ciena will file a reply.

**IT IS SO ORDERED**.

Dated: April 24, 2023

_____
JEFFREY S. WHITE
United States District Judge