UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CIENA CORPORATION,<br><br>      Defendant. | Case Number: 4:17-cv-05920-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE FOR THIRTY DAYS TO FACILITATE ENTRY OF SETTLEMENT** |
| OYSTER OPTICS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CIENA CORPORATION,<br><br>      Defendant. | Case Number: 4:20-cv-02354-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE FOR THIRTY DAYS TO FACILITATE ENTRY OF SETTLEMENT** |

    The parties hereby submit this Notice to notify the Court that they have reached a settlement in principle with regard to Case Nos. 4:20-cv-02354-JSW and 4:17-cv-05920-JSW and will finalize a settlement agreement as soon as possible. In light of the settlement in principle, the parties jointly stipulate that the cases be stayed for 30 days. The parties believe, and hereby stipulate, that is the stays are appropriate to allow them to negotiate a final form of

the settlement agreement, and to prepare motions to dismiss the case, and jointly request that the Court ORDER same

DATED: November 1, 2023   By: /s/ *Paul A. Kroeger*

        Marc A. Fenster (CA BN 181067)
        mfenster@raklaw.com
        Reza Mirzaie (CA BN246953)
        rmirzaie@raklaw.com
        Paul A. Kroeger (CA BN 229074)
        pkroeger@raklaw.com
        Neil A. Rubin (CA BN 250761)
        nrubin@raklaw.com
        RUSS, AUGUST & KABAT
        12424 Wilshire Boulevard, 12th Floor
        Los Angeles, CA 90025
        Telephone: 310/826-7474
        Facsimile: 310/826-6991

        *Attorneys for Plaintiff*
        OYSTER OPTICS, LLC

DATED: November 1, 2023   By: /s/ *Blair M. Jacobs*

        Blair M. Jacobs
        bjacobs@mckoolsmith.com
        Christina A. Ondrick
        condrick@ mckoolsmith.com
        John S. Holley
        jholley@ mckoolsmith.com
        McKool Smith, P.C.
        1999 K Street, NW, Suite 600
        Washington, DC 20006
        Phone:     (202) 402-9400
        Facsimile:  (202) 402-9544

        ALAN P. BLOCK (SBN 143783)
        ablock@mckoolsmithhennigan.com
        300 South Grand Avenue, Suite 2900
        Los Angeles, California 90071
        T: 213.694.1200;
        F: 213.694.1234

        *Attorneys for Defendant*
        CIENA CORPORATION

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | IT IS SO ORDERED. |
| 4 | Dated: |
| 5 | UNITED STATES DISTRICT/MAGISTRATE JUDGE |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 1, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            */s/  Paul A. Kroeger*

# SIGNATURE ATTESTATION

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

Dated: November 1, 2023

Respectfully submitted,
**RUSS AUGUST & KABAT**
*/s/ Paul A. Kroeger*
Paul A. Kroeger
RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, SBN186579
bledahl@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
Adam S. Hoffman, SBN 218740
ahoffman@raklaw.com
Benjamin T. Wang, SBN 228712
bwang@raklaw.com
Jacob R. Buczko, SBN 269408
jbuczko@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff**
**OYSTER OPTICS, LLC**