1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6                                        )
7      OYSTER OPTICS, LLC,               )   Case Number: 4:17-cv-05920-JSW
                                         )   ORDER GRANTING
8                                        )   **JOINT NOTICE OF SETTLEMENT AND**
           Plaintiff,                    )   **STIPULATION TO STAY CASE FOR**
9                                        )   **THIRTY DAYS TO FACILITATE ENTRY**
                                         )   **OF SETTLEMENT**
10         vs.                           )
11                                       )
       CIENA CORPORATION,                )
12                                       )
           Defendant.                    )
13                                       )
                                         )
14                                       )
                                         )
15     OYSTER OPTICS, LLC,               )   Case Number: 4:20-cv-02354-JSW
                                         )
16                                       )    ORDER GRANTING
17         Plaintiff,                    )   **JOINT NOTICE OF SETTLEMENT AND**
                                         )   **STIPULATION TO STAY CASE FOR**
18                                       )   **THIRTY DAYS TO FACILITATE ENTRY**
                                         )   **OF SETTLEMENT**
19         vs.                           )    AND REQUIRING JOINT STATUS REPORT
                                         )
20     CIENA CORPORATION,                )
                                         )
21         Defendant.                    )
                                         )
22                                       )
                                         )
23     _____)

24         The parties hereby submit this Notice to notify the Court that they have reached a

25   settlement in principle with regard to Case Nos. 4:20-cv-02354-JSW and 4:17-cv-05920-JSW

26   and will finalize a settlement agreement as soon as possible. In light of the settlement in

27   principle, the parties jointly stipulate that the cases be stayed for 30 days. The parties believe,

28   and hereby stipulate, that is the stays are appropriate to allow them to negotiate a final form of

1   the settlement agreement, and to prepare motions to dismiss the case, and jointly request that the

2   Court ORDER same

3

4   DATED: November 1, 2023          By: /s/ *Paul A. Kroeger*

5                                         Marc A. Fenster (CA BN 181067)
                                          mfenster@raklaw.com
6                                         Reza Mirzaie (CA BN246953)
                                          rmirzaie@raklaw.com
7                                         Paul A. Kroeger (CA BN 229074)
                                          pkroeger@raklaw.com
8                                         Neil A. Rubin (CA BN 250761)
                                          nrubin@raklaw.com
9                                         RUSS, AUGUST & KABAT
                                          12424 Wilshire Boulevard, 12th Floor
10                                        Los Angeles, CA 90025
                                          Telephone: 310/826-7474
11                                        Facsimile: 310/826-6991

12

13                                        *Attorneys for Plaintiff*
                                          OYSTER OPTICS, LLC

14

15  DATED: November 1, 2023          By: /s/ *Blair M. Jacobs*

16                                        Blair M. Jacobs
                                          bjacobs@mckoolsmith.com
17                                        Christina A. Ondrick
                                          condrick@ mckoolsmith.com
18                                        John S. Holley
                                          jholley@ mckoolsmith.com
19                                        McKool Smith, P.C.
                                          1999 K Street, NW, Suite 600
20                                        Washington, DC 20006
                                          Phone:      (202) 402-9400
21                                        Facsimile:  (202) 402-9544

22

23                                        ALAN P. BLOCK (SBN 143783)
                                          ablock@mckoolsmithhennigan.com
24                                        300 South Grand Avenue, Suite 2900
                                          Los Angeles, California 90071
25                                        T: 213.694.1200;
                                          F: 213.694.1234
26

27                                        *Attorneys for Defendant*
                                          CIENA CORPORATION
28

1

2

IT IS SO ORDERED.   The parties shall file a joint status report by no later than December 11, 2023 if they

3                                have not filed a dismissal by December 8, 2023.

4   Dated:                       _____

5      November 1, 2023          UNITED STATES DISTRICT MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 1, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/  Paul A. Kroeger*

1

**SIGNATURE ATTESTATION**

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing

of this document has been obtained from counsel for all other signatories listed, and on whose

behalf the filing is submitted, and counsel concur in the filing's content and have authorized the

filing.

Respectfully submitted,
**RUSS AUGUST & KABAT**
*/s/ Paul A. Kroeger*
Paul A. Kroeger
RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, SBN186579
bledahl@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
Adam S. Hoffman, SBN 218740
ahoffman@raklaw.com
Benjamin T. Wang, SBN 228712
bwang@raklaw.com
Jacob R. Buczko, SBN 269408
jbuczko@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Dated:  November 1, 2023

**Attorneys for Plaintiff**
**OYSTER OPTICS, LLC**