UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYSTER OPTICS, LLC, | Case Number: 4:17-cv-05920-JSW |
| | ORDER GRANTING |
| | **JOINT STIPULATION OF DISMISSAL** |
| Plaintiff, | **WITH PREJUDICE** |
| vs. | |
| CIENA CORPORATION, | |
| Defendant. | |
| | |
| OYSTER OPTICS, LLC, | Case Number: 4:20-cv-02354-JSW |
| Plaintiff, | |
| vs. | |
| CIENA CORPORATION, | |
| Defendant. | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, Oyster Optics, LLC ("Oyster") and Defendant Ciena Corporation ("Ciena") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, stipulate to dismiss the above-entitled cause and all claims by Oyster

against Ciena and all claims by Ciena against Oyster made therein with prejudice to the re-filing and request that the Court Order same.

The parties further stipulate that the Court order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring them.

A proposed Order accompanies this motion.

DATED: November 22, 2023     By: /s/ *Paul A. Kroeger*
                                                 Marc A. Fenster (CA BN 181067)
                                                 mfenster@raklaw.com
                                                 Reza Mirzaie (CA BN246953)
                                                 rmirzaie@raklaw.com
                                                 Paul A. Kroeger (CA BN 229074)
                                                 pkroeger@raklaw.com
                                                 Neil A. Rubin (CA BN 250761)
                                                 nrubin@raklaw.com
                                                 RUSS, AUGUST & KABAT
                                                 12424 Wilshire Boulevard, 12th Floor
                                                 Los Angeles, CA 90025
                                                 Telephone: 310/826-7474
                                                 Facsimile: 310/826-6991

                                                 *Attorneys for Plaintiff*
                                                 OYSTER OPTICS, LLC

DATED: November 22, 2023     By: /s/ *Blair M. Jacobs*

                                                 Blair M. Jacobs
                                                 bjacobs@mckoolsmith.com
                                                 Christina A. Ondrick
                                                 condrick@ mckoolsmith.com
                                                 John S. Holley
                                                 jholley@ mckoolsmith.com
                                                 McKool Smith, P.C.
                                                 1999 K Street, NW, Suite 600
                                                 Washington, DC 20006
                                                 Phone:     (202) 402-9400
                                                 Facsimile: (202) 402-9544

                                                 RAYMOND W. STOCKSTILL (SB# 275228)
                                                 beaustockstill@paulhastings.com

PAUL HASTINGS LLP
695 Town Center Drive, 17th Floor
Costa Mesa, California  92626
Telephone: (714) 668-6200
Facsimile:  (714) 979-1921

*Attorneys for Defendant*
CIENA CORPORATION

IT IS SO ORDERED. The Clerk shall close this file.

Dated:  November 22, 2023

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
JEFFREY S. WHITE

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 22, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/  Paul A. Kroeger

SIGNATURE ATTESTATION

The undersigned attests that, pursuant to Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

Dated:  November 22, 2023

Respectfully submitted,
**RUSS AUGUST & KABAT**
*/s/ Paul A. Kroeger*
Paul A. Kroeger
RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, SBN186579
bledahl@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
Adam S. Hoffman, SBN 218740
ahoffman@raklaw.com
Benjamin T. Wang, SBN 228712
bwang@raklaw.com
Jacob R. Buczko, SBN 269408
jbuczko@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff**
**OYSTER OPTICS, LLC**